*held*
*15 min*

09/17/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TELEPHONE Status Conference Calendar

Honorable Holly B. Fitzsimmons, U. S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
203-579-5640

September 26, 2003

3:30 p.m.

THIS CONFERENCE MAY NOT BE ADJOURNED EXCEPT BY ORDER OF THE COURT.

3-02-cv-2292   (HBF)  Bogle-Assegai v Connecticut
------------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Joseph A. Jordano | Attorney General's Office, 55 Elm St., PO Box 120, Hartford, CT 860-808-5340 |
| John Rose Jr. | Levy & Droney, P.C, 74 Batterson Park Rd., PO Box 887, Farmington, CT 860-676-3000 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK