UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 11 P 12: 14

| | |
|---|---|
| FEMI BOGLE-ASSEGAI<br>*Plaintiff* | : CIVIL ACTION NO. 3:02CV2292(JCH) |
| v. | : |
| STATE OF CONNECTICUT,<br>COMMISSION ON HUMAN RIGHTS<br>AND OPPORTUNITIES; CYNTHIA<br>WATTS-ELDER; LEANNE APPLETON;<br>and DONALD NEWTON<br>*Defendants* | :<br>:<br>:<br>:<br>:<br>: December 9, 2003 |

## DEFENDANTS' MOTION FOR PERMISSION
## TO SERVE ADDITIONAL INTERROGATORIES

COMES NOW, defendants State of Connecticut, Commission on Human Rights and Opportunities; Cynthia Watts-Elder; Leanne Appleton and Donald Newton and move pursuant to Rule 26(b)(2) of the Federal Rules of Civil Procedure for permission to serve 25 additional interrogatories beyond the twenty five (25) allowed by the Rules upon the plaintiff in the above-captioned matter. The Rule 26(f) Report dated April 7, 2003 allows the parties to request permission to file additional interrogatories.

The undersigned contacted John Rose, Jr., Esq., counsel for the plaintiff and he has NO OBJECTION to this motion.

WHEREFORE, the defendants respectfully move for permission to serve a total of fifty (50) interrogatories on the plaintiff in the above-captioned matter.

DEFENDANTS,
STATE OF CONNECTICUT,
COMMISSION ON HUMAN RIGHTS
AND OPPORTUNITIES; CYNTHIA
WATTS-ELDER; LEANNE APPLETON
and DONALD NEWTON

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@ctag.state.ct.us

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 10th day of December, 2003 a copy of the aforementioned Defendants' Motion for Permission to Serve Additional Interrogatories was sent by First Class United States mail, postage prepaid to:

John Rose, Jr., Esq.
Levy & Droney, P.C.
74 Batterson Park Road
Farmington, CT 06032
Tel: (860) 676-3115

_____
Joseph A. Jordano
Assistant Attorney General