UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **FEMI BOGLE-ASSEGAI,** | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | CIVIL ACTION NO. |
| | : | 3:02CV2292 (JCH) |
| | : | |
| **STATE OF CONNECTICUT,** | : | |
| **COMMISSION ON HUMAN RIGHTS** | : | |
| **AND OPPORTUNITIES;** and | : | |
| **CYNTHIA WATTS-ELDER,** | : | DECEMBER 8, 2003 |
| in her official capacity as Executive | : | |
| Director, Connecticut Commission on | : | |
| Human Rights and Opportunities, | : | |
| ("CHRO") and **LEANNE APPLETON,** | : | |
| in her individual capacity and official | : | |
| capacity as Director of Finance of | : | |
| CHRO; and **DONALD NEWTON,** | : | |
| in his individual capacity and official | : | |
| capacity as CHRO Chief of Field | : | |
| Operations, | : | |
| Defendants | : | |

**MOTION FOR PERMISSION
TO SERVE ADDITIONAL INTERROGATORIES**

Pursuant to Rule 26(b)(2) of the F.R.C.P., the plaintiff moves for permission to serve additional interrogatories beyond the twenty-five (25) allowed by the Rules upon the plaintiffs, in the above matter. The Rule 26f Report dated April 7, 2003 allows the parties to request

permission to file additional interrogatories. There is no objection by any party to this filing.

                PLAINTIFF, F      EMI BOGLE-ASSEGAI

            By_____
               John Rose, Jr.
               Federal Bar No. ct04228
               Levy & Droney, P.C.
               74 Batterson Park Road
               Farmington, CT 06032
               (860)676-3000

               Her Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on December 8, 2003 to the following counsel of record:

Joseph Jordano
Assistant Attorney General
55 Elm Street
Hartford, CT 06103

The Honorable Holly B. Fitzsimmons
U.S. Magistrate Judge
U.S. District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

            _____
               John Rose, Jr.

–3–