**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FEMI BOGLE-ASSEGAI : CIVIL ACTION NO. 3:02CV2292(JCH)
*Plaintiff* :
:
v. :
:
STATE OF CONNECTICUT, :
COMMISSION ON HUMAN RIGHTS :
AND OPPORTUNITIES; CYNTHIA :
WATTS-ELDER; LEANNE APPLETON; :
and DONALD NEWTON :
*Defendants* : December 9, 2003

## DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR PERMISSION TO SERVE UNLIMITED ADDITIONAL INTERROGATORIES

COMES NOW, defendants State of Connecticut, Commission on Human Rights and Opportunities; Cynthia Watts-Elder; Leanne Appleton and Donald Newton and hereby object to the plaintiff's Motion for Permission to Serve Additional Interrogatories inasmuch as it does not establish a limit of said interrogatories.

The plaintiff requested additional interrogatories beyond the twenty five (25) allowed by the Federal Rules of Civil Procedure. The defendants have no objection to additional interrogatories, but object to what appears to be an unlimited number. The defendants respectfully state they do not object to 25 more interrogatories beyond those allowed by the Rules.

WHEREFORE, the defendants respectfully object to what appears an unlimited request for additional interrogatories and state they have no objection to 25 additional interrogatories beyond those allowed by the Rules.

DEFENDANTS,
STATE OF CONNECTICUT,
COMMISSION ON HUMAN RIGHTS
AND OPPORTUNITIES; CYNTHIA
WATTS-ELDER; LEANNE APPLETON
and DONALD NEWTON

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: *[signature]*
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@ctag.state.ct.us

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 9th day of December, 2003 a copy of the aforementioned Objection to Plaintiff's Motion for Permission to Serve Unlimited Additional Interrogatories was sent by First Class United States mail, postage prepaid to:

John Rose, Jr., Esq.
Levy & Droney, P.C.
74 Batterson Park Road
Farmington, CT 06032
Tel: (860) 676-3115

*[signature]*
Joseph A. Jordano
Assistant Attorney General

2