

02CV2292 MOTION

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2003 DEC 11  P 12: 14

| | |
|---|---|
| FEMI BOGLE-ASSEGAI<br>*Plaintiff*<br><br>v.<br><br>STATE OF CONNECTICUT,<br>COMMISSION ON HUMAN RIGHTS<br>AND OPPORTUNITIES; CYNTHIA<br>WATTS-ELDER; LEANNE APPLETON;<br>and DONALD NEWTON<br>*Defendants* | CIVIL ACTION NO. 3:02CV2292(JCH)<br><br><br><br><br><br><br><br>December 9, 2003 |

### DEFENDANTS' MOTION FOR PERMISSION
### TO SERVE ADDITIONAL INTERROGATORIES

COMES NOW, defendants State of Connecticut, Commission on Human Rights and Opportunities; Cynthia Watts-Elder; Leanne Appleton and Donald Newton and move pursuant to Rule 26(b)(2) of the Federal Rules of Civil Procedure for permission to serve 25 additional interrogatories beyond the twenty five (25) allowed by the Rules upon the plaintiff in the above-captioned matter. The Rule 26(f) Report dated April 7, 2003 allows the parties to request permission to file additional interrogatories.

The undersigned contacted John Rose, Jr., Esq., counsel for the plaintiff and he has NO OBJECTION to this motion.

WHEREFORE, the defendants respectfully move for permission to serve a total of fifty (50) interrogatories on the plaintiff in the above-captioned matter.

*Granted absent objection*
*SO ORDERED*
*Janet C. Hall, U.S.D.J.*
*4/18/03*