2003 DEC 11 P 12: 23

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEMI BOGLE-ASSEGAI,<br>Plaintiff, | : <br> : <br> : |
| VS. | : CIVIL ACTION NO.<br>: 3:02CV2292 (JCH) |
| STATE OF CONNECTICUT,<br>COMMISSION ON HUMAN RIGHTS<br>AND OPPORTUNITIES; and<br>CYNTHIA WATTS-ELDER,<br>in her official capacity as Executive<br>Director, Connecticut Commission on<br>Human Rights and Opportunities,<br>("CHRO") and LEANNE APPLETON,<br>in her individual capacity and official<br>capacity as Director of Finance of<br>CHRO; and DONALD NEWTON,<br>in his individual capacity and official<br>capacity as CHRO Chief of Field<br>Operations,<br>Defendants | : <br> : <br> : <br> : DECEMBER 8, 2003<br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

GRANTED. Absent Objection. SO ORDERED. /s/ Janet C. Hall, U.S.D.J. 12/18/03

## MOTION FOR PERMISSION
## TO SERVE ADDITIONAL INTERROGATORIES

Pursuant to Rule 26(b)(2) of the F.R.C.P., the plaintiff moves for permission to serve additional interrogatories beyond the twenty-five (25) allowed by the Rules upon the plaintiffs, in the above matter. The Rule 26f Report dated April 7, 2003 allows the parties to request