UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FEMI BOGLE-ASSEGAI, | : | |
|     Plaintiff, | : | |
| | : | |
| VS. | : | CIVIL ACTION NO. |
| | : | 3:02CV2292 (JCH) |
| | : | |
| STATE OF CONNECTICUT, | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES; and | : | |
| CYNTHIA WATTS-ELDER, | : | DECEMBER 31, 2003 |
| in her official capacity as Executive | : | |
| Director, Connecticut Commission on | : | |
| Human Rights and Opportunities, | : | |
| ("CHRO") and LEANNE APPLETON, | : | |
| in her individual capacity and official | : | |
| capacity as Director of Finance of | : | |
| CHRO; and DONALD NEWTON, | : | |
| in his individual capacity and official | : | |
| capacity as CHRO Chief of Field | : | |
| Operations, | : | |
|     Defendants | : | |

**MOTION FOR ENLARGMENT OF TIME**

    Pursuant to Rule 9(b) of the Local Rules, the plaintiff requests an extension of sixty (60) days beyond January 30, 2004 within which to complete discovery, including depositions of expert witnesses. The date for the completion of discovery shall be March 31, 2004.

–1–

The parties need additional time to complete discovery and schedule and complete depositions beyond the date agreed (January 30, 2004) upon in the Rule 26(f) Report of Parties Planning Meeting dated April 7, 2003.

The parties engaged in extensive settlement negotiations to attempt to resolve this matter, including the intervention of Magistrate Judge Fitzsimmons, which only recently failed to achieve an accord.

In support of the motion, Plaintiff's counsel represents he has had an overwhelming federal and state trial schedule and has sustained the loss of his mother after a long illness which kept him out of the office a substantial period.

The Plaintiff represents that the above case has not been assigned for trial as of this date.  Opposing counsel has no objection to the granting of this extension and joins in this Motion for Enlargement of Time.

This is the Plaintiff's' first request for an extension of time with respect to this time limitation.

PLAINTIFF, FEMI BOGLE-ASSEGAI

By_____
John Rose, Jr.
Federal Bar No. ct04228
Levy & Droney, P.C.
74 Batterson Park Road
Farmington, CT 06032
(860)676-3000

Her Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on December 31, 2003 to the following counsel of record:

Joseph Jordano
Assistant Attorney General
55 Elm Street
Hartford, CT 06103

The Honorable Holly B. Fitzsimmons
U.S. Magistrate Judge
U.S. District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
John Rose, Jr.

–3–