UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEMI BOGLE-ASSEGAI : | CIVIL ACTION NO. 3:02CV2292(JCH) |
| *Plaintiff* : | |
| : | |
| v. : | |
| : | |
| STATE OF CONNECTICUT, : | |
| COMMISSION ON HUMAN RIGHTS : | |
| AND OPPORTUNITIES; CYNTHIA : | |
| WATTS-ELDER; LEANNE APPLETON; : | |
| and DONALD NEWTON : | |
| *Defendants* : | January 13, 2004 |

## DEFENDANTS' MOTION FOR MODIFICATION OF SCHEDULING ORDER

COMES NOW, defendants State of Connecticut, Commission on Human Rights and Opportunities; Cynthia Watts-Elder; Leanne Appleton and Donald Newton and requests an order modifying the Scheduling Order, resetting the deadline for filing dispositive motions sixty (90) days to and including May 28, 2004. In support of this motion, the defendants, through counsel, represents as follows:

1. The Scheduling Order had set the discovery deadline for January 30, 2004 and deadline for dispositive motions for February 28, 2004 (Endorsement 9-1, dated April 14, 2003).

2. The plaintiff, through counsel, filed an unopposed motion for extension of time to complete discovery on January 5, 2004 (Doc. # 28), requesting the deadline be reset to March 31, 2004.

3. Depositions of fact witnesses remain to be noticed.

4.   The parties, as noted, engaged in extensive settlement negotiations to resolve this matter, including the intervention of Magistrate Judge Holly B. Fitzsimmons, but were unable to do so.

5.   The undersigned is desirous of filing a dispositive motion in the above-captioned matter.  The undersigned has an overwhelming federal and trial schedule and is scheduled to begin a jury trial in state court in <u>Lanier v. Court Support Services, State of Connecticut, Judicial Branch</u>, CV 02-0814679 S, in March 2004.  The undersigned also has federal jury trials scheduled in April 2004 (<u>LaMorte v. Leonard</u>, 3:01CV0998(SRU)(jury selection April 15, 2004; testimony begins April 19, 2004); and May 2004 (<u>Alungbe v. Board of Trustees Connecticut State University System</u>, 3:01CV0503(GLG)(jury selection May 10, 2004).

6.   Pursuant to Local Rule 7(b), the undersigned contacted opposing counsel, John Rose, Jr., and he has NO OBJECTION to this motion.

7.   This is defendants first request to modify the Scheduling Order.

WHEREFORE, the defendants respectfully request a modification of the Scheduling Order, extending the deadline for filing dispositive motions to May 28, 2004.

                                                            DEFENDANTS,
                                                            STATE OF CONNECTICUT,
                                                            COMMISSION ON HUMAN RIGHTS
                                                            AND OPPORTUNITIES; CYNTHIA
                                                            WATTS-ELDER; LEANNE APPLETON
                                                            and DONALD NEWTON

                                                            RICHARD BLUMENTHAL
                                                            ATTORNEY GENERAL


By: _____
      Joseph A. Jordano
      Assistant Attorney General
      Federal Bar # ct21487
      55 Elm Street, P.O. Box 120
      Hartford, CT 06141-0120
      Tel: (860) 808-5340
      Fax: (860) 808-5385
      E-mail: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned hereby certifies that on this ___ day of January, 2004 a copy of the aforementioned Motion for Modification of Scheduling Order was sent by First Class United States mail, postage prepaid to:

John Rose, Jr., Esq.
Levy & Droney, P.C.
74 Batterson Park Road
Farmington, CT  06032
Tel: (860) 676-3115


                                            _____
                                            Joseph A. Jordano
                                            Assistant Attorney General