UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FEMI BOGLE-ASSEGAI | : | CIVIL ACTION NO. 3:02CV2292(JCH) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES; CYNTHIA | : | |
| WATTS-ELDER; LEANNE APPLETON; | : | |
| and DONALD NEWTON | : | |
| *Defendants* | : | January 20, 2004 |

**APPEARANCE**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF CONNECTICUT:

Please enter my appearance as attorney for the defendants State of Connecticut,

Commission on Human Rights and Opportunities; Cynthia Watts-Elder; Leanne

Appleton and Donald Newton in addition to the appearance of Assistant Attorney

General Joseph A. Jordano already on file.

Dated at Hartford, Connecticut this 20th day of January, 2004.

> DEFENDANTS,
> STATE OF CONNECTICUT,
> COMMISSION ON HUMAN RIGHTS
> AND OPPORTUNITIES, ET AL
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> BY: _____
> David M. Teed
> Assistant Attorney General
> 55 Elm Street, P.O. Box 120
> Hartford, CT 06141-0120
> Tel: (860) 808-5210
> Fax: (860) 808-5385
> David.Teed@po.state.ct.us
> D. Conn. Federal Bar # ct09102

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Appearance was mailed, first class postage prepaid, this 20th day of January, 2004 to:

John Rose, Jr., Esq.
Levy & Droney, P.C.
74 Batterson Park Road
Farmington, CT  06032
Tel: (860) 676-3115

and sent via interoffice mail to:

Joseph A. Jordano, AAG
Employment Rights Department
55 Elm Street, 4th Floor
Hartford, CT  06106

_____
David M. Teed
Assistant Attorney General