FILED

2004 JAN -5 A 10: 10

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEMI BOGLE-ASSEGAI, <br> Plaintiff, | : <br> : <br> : |
| VS. | :    CIVIL ACTION NO. <br> :    3:02CV2292 (JCH) |
| STATE OF CONNECTICUT, <br> COMMISSION ON HUMAN RIGHTS <br> AND OPPORTUNITIES; and <br> CYNTHIA WATTS-ELDER, <br> in her official capacity as Executive <br> Director, Connecticut Commission on <br> Human Rights and Opportunities, <br> ("CHRO") and LEANNE APPLETON, <br> in her individual capacity and official <br> capacity as Director of Finance of <br> CHRO; and DONALD NEWTON, <br> in his individual capacity and official <br> capacity as CHRO Chief of Field <br> Operations, <br>            Defendants | : <br> : <br> : <br> :    DECEMBER 31, 2003 <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

### MOTION FOR ENLARGMENT OF TIME

Pursuant to Rule 9(b) of the Local Rules, the plaintiff requests an extension of sixty (60) beyond January 30, 2004 within which to complete discovery, including depositions of ...rt witnesses. The date for the completion of discovery shall be March 31, 2004.

-1-

Motion Granted. No further extensions will be granted
Discovery cutoff date 3/31/04
Dispositive Motions due by _____
SO ORDERED

Janet C. Hall, U.S.D.J.