#29

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 14  P 12: 36
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| FEMI BOGLE-ASSEGAI<br>*Plaintiff*<br><br>v.<br><br>STATE OF CONNECTICUT,<br>COMMISSION ON HUMAN RIGHTS<br>AND OPPORTUNITIES; CYNTHIA<br>WATTS-ELDER; LEANNE APPLETON;<br>and DONALD NEWTON<br>*Defendants* | CIVIL ACTION NO. 3:02CV2292(JCH)<br><br><br><br><br><br><br><br><br>January 13, 2004 |

## DEFENDANTS' MOTION FOR MODIFICATION OF SCHEDULING ORDER

COMES NOW, defendants State of Connecticut, Commission on Human Rights and Opportunities; Cynthia Watts-Elder; Leanne Appleton and Donald Newton and requests an order modifying the Scheduling Order, resetting the deadline for filing dispositive motions sixty (90) days to and including May 28, 2004. In support of this motion, the defendants, through counsel, represents as follows:

1. The Scheduling Order had set the discovery deadline for January 30, 2004 and deadline for dispositive motions for February 28, 2004 (Endorsement 9-1, dated April 14, 2003).

2. The plaintiff, through counsel, filed an unopposed motion for extension of time to complete discovery on January 5, 2004 (Doc. # 28), requesting the deadline be set to March 31, 2004.

3. Depositions of fact witnesses remain to be noticed.

Motion Granted in part. No further extensions will be granted.
Discovery cutoff date 4/3/04
Dispositive Motions due by 4/30/04
SO ORDERED
1/23/04
Janet C. Hall, U.S.D.J.