UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FEMI BOGLE-ASSEGAI                          :
                                            :
v.                                          :   CIV. NO. 3:02CV2292 (HBF)
                                            :
STATE OF CONNECTICUT,                       :
COMMISSION ON HUMAN RIGHTS                  :
AND OPPORTUNITIES, ET AL                    :
                                            :

RULING and SCHEDULING ORDER

A telephone conference call was held on January 30, 2004, to address the parties' motions for extension of time and for modifcation of the scheduling order. After discussion, the following schedule was set:

Discovery will conclude on March 31, 2004.

Dispositive motions will be filed on or before Friday, May 28, 2004.

A telephone status conference will be held on Tuesday, March 30, 2004 at 10:15 a.m.  Plaintiff's counsel will initiate the call with the Court.

Accordingly, the parties' motions for extension of time and for modification of the scheduling order **[Doc. ##28, 29]** are **GRANTED** in accordance with this ruling and order.

SO ORDERED at Bridgeport this 3rd day of February 2004.

/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE