# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**APPEARANCE**

FEMI BOGLE-ASSEGAI

PLAINTIFF

V.

**CASE NUMBER:** 3:02cv2292 (JCH)

THE STATE OF CONNECTICUT,

ET AL

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case for: PLAINTIFF

FILED
2004 MAR 11 P 3 53
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

3-11-04
**Date**

CT 12856
**Connecticut Federal Bar Number**

203-334-4800
**Telephone Number**

203-333-7178
**Fax Number**

EVSkyers@Barristerlawgroup.Com
**E-mail address**

_(signature)_
**Signature**

EROLL V. SKYERS, ESQ.,
**Print Clearly or Type Name**

211 STATE STREET
**Address**

BRIDGEPORT, CT 06604

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

JOSEPH A. JORDANO

ASSISTANT ATTORNEY GENERAL

55 ELM STREET

P.O. BOX 120

HARTFORD, CT 06141-0120

_(signature)_
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24