UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FEMI BOGLE-ASSEGAI, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:02CV2292(HBF) |
| | : | |
| V. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES; and | : | |
| CYNTHIA WATTS ELDER, | : | |
| in her official capacity as Executive | : | |
| Director, Connecticut Commission on | : | |
| Human Rights and Opportunities, | : | |
| ("CHRO") and LEANNE APPLETON, | : | |
| in her individual capacity and official | : | |
| capacity as Director of Finance of | : | |
| CHRO; and DONALD NEWTON, | : | |
| in his individual capacity and official | : | |
| capacity as CHRO Chief of Field | : | |
| Operations, | : | |
|     Defendants | **:** | MARCH 18, 2004 |

**MOTION FOR ADDITIONAL TIME TO COMPLETE DISCOVERY AND TO
RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**

COMES NOW the defendants and with the concurrence of plaintiff's counsel, move the court for an order modifying the current scheduling order to extend discovery in the above case until May 30, 2004 and granting the defendant an additional 30 days in which to respond to written discovery requests propounded upon the defendants by the plaintiff. The defendants further request that the Scheduling Order be modified and the deadline in which to file dispositive motions be extended to July 30, 2004. In support of this motion the defendants show the court as follows:

1.    Discovery in the above case is scheduled to close on March 30, 2004.

2.    On March 4, 2004, the plaintiff served upon the defendants a lengthy set

of 45 interrogatories and 45 requests for admission.

3. On March 11, 2004, plaintiff's counsel, Attorney John Rose, moved to withdraw from the case because he has left private practice and assume the position as counsel for the City of Hartford.

4. On March 11, 2004, Attorney Eroll Skyers entered his appearance as the new counsel for the plaintiff (Doc. # 34).

5. Attorney Skyers and defense counsel conferred about the case and concur that additional time is necessary to complete discovery for the following purposes: (1) so Attorney Skyers can get up to speed on this case; (2) for the defendants to complete the plaintiff's deposition; (3) for the plaintiff to review her records and produce information identified in her earlier deposition; (4) for the defendants to respond to the plaintiff recent discovery requests (which are very lengthy); (5) for Attorney Skyers to determine if additional discovery is necessary on behalf of his client.

6. This lawsuit is factually complex and covers a several year period.

7. Accordingly, the parties seek this second request for a short extension of time until May 30, 2004 in which to complete discovery and until July 30, 2004 in which to file dispositive motions.

8. In the spirit of cooperation and to expedite matters, the respective counsels have conferred to determine an accurate time period in which to complete discovery in light to Mr. Rose's departure from the case and the matters that have yet to be completed. The respective parties CONCUR about this motion.

WHEREFORE, consistent with this motion, the defendants along with the concurrence of plaintiff's counsel, request that the Scheduling Order in the above case be

modified as follows:

1) Response to plaintiff's March 3, 2004 discovery requests to be due on April 30, 2004;

2) Discovery will close on May 30, 2004

3) Dispositive motions due July 30, 2004.

                DEFENDANTS,

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

BY:_____
                Joseph A. Jordano
                Assistant Attorney General
                Federal Bar # ct21487
                55 Elm Street, P.O. Box 120
                Hartford, CT 06141-0120
                Tel: (860) 808-5340
                Fax: (860) 808-5383
                E-mail: Joseph.Jordano@po.state.ct.us

**CERTIFICATION**

The undersigned hereby certifies that on this **18th day of MARCH 2004**, a true and accurate copy of the foregoing was sent by first class United States mail, postage prepaid, to:

Eroll V. Skyers, Esq.
Barrister Law Group
211 State Street, 2nd Floor
Bridgeport, CT 06604

                _____
                Joseph A. Jordano
                Assistant Attorney General