FILED

2004 MAR 15 P 1:09

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEMI BOGLE-ASSEGAI,<br>      Plaintiff, | :<br>:<br>: |
| VS. | :    CIVIL ACTION NO.<br>:    3:02CV2292 (JCH)<br>: |
| STATE OF CONNECTICUT,<br>COMMISSION ON HUMAN RIGHTS<br>AND OPPORTUNITIES; and<br>CYNTHIA WATTS-ELDER,<br>in her official capacity as Executive<br>Director, Connecticut Commission on<br>Human Rights and Opportunities,<br>("CHRO") and LEANNE APPLETON,<br>in her individual capacity and official<br>capacity as Director of Finance of<br>CHRO; and DONALD NEWTON,<br>in his individual capacity and official<br>capacity as CHRO Chief of Field<br>Operations,<br>      Defendants | :<br>:<br>:<br>:    MARCH 11, 2004<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Rules of Civil Procedure, John Rose, Jr., Attorney of record for the Plaintiff in the above-entitled action, moves the Court for permission to withdraw his appearance as Attorney of record for the Plaintiff. This motion is based on

-1-

the grounds that Attorney Rose has left private practice and the Plaintiff has retained other counsel to represent her in this matter and an appearance has been filed by new counsel.

PLAINTIFF, FEMI BOGLE-ASSEGAI

By_____
John Rose, Jr.
Federal Bar No. ct04228
Levy & Droney, P.C.
74 Batterson Park Road
Farmington, CT 06032
(860)676-3000

Her Attorney

## CERTIFICATION

      This is to certify that a copy of the foregoing was mailed, postage prepaid, on March 11, 2004 to the following:

Joseph Jordano
Assistant Attorney General
55 Elm Street
Hartford, CT 06103

The Honorable Holly B. Fitzsimmons
U.S. Magistrate Judge
U.S. District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

Eroll V. Skyers, Esq.
The Barrister Law Group
211 State Street, 2nd Floor
Bridgeport, CT 06604

                                                                      _____
                                                                        John Rose, Jr.