35

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED 2004 MAR 19 P 1:49
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| FEMI BOGLE-ASSEGAI,<br>Plaintiff, | CIVIL ACTION NO.<br>3:02CV2292(HBF) |
| V. | |
| STATE OF CONNECTICUT,<br>COMMISSION ON HUMAN RIGHTS<br>AND OPPORTUNITIES; and<br>CYNTHIA WATTS ELDER,<br>in her official capacity as Executive<br>Director, Connecticut Commission on<br>Human Rights and Opportunities,<br>("CHRO") and LEANNE APPLETON,<br>in her individual capacity and official<br>capacity as Director of Finance of<br>CHRO; and DONALD NEWTON,<br>in his individual capacity and official<br>capacity as CHRO Chief of Field<br>Operations,<br>Defendants | MARCH 18, 2004 |

**MOTION FOR ADDITIONAL TIME TO COMPLETE DISCOVERY AND TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**

COMES NOW the defendants and with the concurrence of plaintiff's counsel, move the court for an order modifying the current scheduling order to extend discovery in the above case until May 30, 2004 and granting the defendant an additional 30 days in which to respond to written discovery requests propounded upon the defendants by the plaintiff. The defendants further request that the Scheduling Order be modified and the deadline in which to file dispositive motions be extended to July 30, 2004. In support of this motion the defendants show the court as follows:

1. Discovery in the above case is scheduled to close on March 30, 2004.

2. On March 4, 2004, the plaintiff served upon the defendants a lengthy set

[Stamp: MOTION GRANTED. It is SO ORDERED. 3/23/04]
[Stamp: FILED 2004 MAR 24 P... U.S. DISTRICT COURT BRIDGEPORT CONN]