36

FILED

2004 MAR 15 P 1:09

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEMI BOGLE-ASSEGAI,<br>Plaintiff,<br><br>VS.<br><br>STATE OF CONNECTICUT,<br>COMMISSION ON HUMAN RIGHTS<br>AND OPPORTUNITIES; and<br>CYNTHIA WATTS-ELDER,<br>in her official capacity as Executive<br>Director, Connecticut Commission on<br>Human Rights and Opportunities,<br>("CHRO") and LEANNE APPLETON,<br>in her individual capacity and official<br>capacity as Director of Finance of<br>CHRO; and DONALD NEWTON,<br>in his individual capacity and official<br>capacity as CHRO Chief of Field<br>Operations,<br>Defendants | 02CV2292MWDAPP<br>CIVIL ACTION NO.<br>3:02CV2292 (JCH)<br><br>MARCH 11, 2004 |

MOTION GRANTED.
SO ORDERED. /s/ 3/3/04

FILED
2004 MAR 25 P 4:45
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Rules of Civil Procedure, John Rose, Jr., Attorney of record for the Plaintiff in the above-entitled action, moves the Court for permission to withdraw his appearance as Attorney of record for the Plaintiff. This motion is based on

-1-