```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
                                      :
FEMI BOGLE-ASSEGAI                    :
                                      :
v.                                    :   CIV. NO. 3:02CV2292 (HBF)
                                      :
STATE OF CONNECTICUT,                 :
COMMISSION ON HUMAN RIGHTS            :
AND OPPORTUNITIES, ET AL              :
                                      :
```

SCHEDULING ORDER

A telephone conference call was held on April 5, 2004, to address the status of the case and modification of the scheduling order. After discussion, the following schedule was set:

Defendants will provide answers to interrogatories, and provide responses to requests for production and requests for admission on or before April 30, 2004.

Plaintiff will depose Ms. Watts-Elder and Mr. Newton on or before Friday, June 4, 2004. Defendants will complete the continued deposition of plaintiff before Friday, June 4, 2004.

Dispositive motions will be filed on or before July 30, 2004.

A telephone status conference will be held on Friday, June 4, 2004 at 2:00 p.m. Plaintiff's counsel will initiate the call with the Court.

SO ORDERED at Bridgeport this 7th day of April 2004.

                                        \_\_\_\_\_/s/_____
                                        HOLLY B. FITZSIMMONS
                                        UNITED STATES MAGISTRATE JUDGE