FILED

# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JUN -4 P 4: 17

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| FEMI BOGLE-ASSEGAI<br>**Plaintiff**<br><br>vs.<br><br>STATE OF CONNECTICUT,<br>COMMISSION ON HUMAN RIGHTS<br>AND OPPORTUNITIES; and CYNTHIA<br>WATTS ELDER, in her official capacity<br>As Executive Director, Connecticut<br>Commission on Human Rights and<br>Opportunities, ("CHRO") and LEANNE<br>APPLETON, in her individual capacity<br>and official capacity as Director of<br>Finance of CHRO; and DONALD<br>NEWTON, in his individual capacity<br>and official capacity as CHRO Chief<br>of Field Operations,<br>**Defendants** | CIVIL ACTION NO.<br>3:02CV2292 (JCH)<br><br><br><br><br><br><br>June 1, 2004 |

## PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO COMPLETE DISCOVERY

Comes now Plaintiff and moves the court for an order modifying the current scheduling order to extend discovery in the above case from May 30, 2003, until July 15, 2004, to allow for the continued deposition of Plaintiff, the deposition of Defendant's witnesses and the service and response to additional Requests for Admission to be propounded upon the Defendants by the Plaintiff. In support of this motion the Plaintiff shows the court as follows:

1. On March 11, 2004, my appearance was entered as new counsel for Plaintiff.

2. As counsel for Plaintiff I have determined that additional discovery is necessary on behalf of Plaintiff.

3. Accordingly, Plaintiff's new counsel seeks this first request for a short extension of time until July 15, 2004, in which to complete discovery.

**WHEREFORE**, consistent with this motion, the Plaintiff has requested that Defendant concur with this motion, Defendant objects. Notwithstanding, Plaintiff requests that the Scheduling Order in the above case be modified as follows:

1. Response to Plaintiff's June 1, 2004, discovery requests becomes due on July 15, 2004;

2. Discovery will close on July 15, 2004; and,

3. Dispositive motions become due August 15, 2004.

PLAINTIFF
FEMI BOGLE-ASSEGAI

By: _____
Eroll V. Skyers, Esq.
THE BARRISTER LAW GROUP, LLC.
211 State Street, 2nd Floor
Bridgeport, CT 06604
Tel: 203-362-1230
Federal Bar No. CT12856

## CERTIFICATION

I hereby certify that on this 1st Day of June, 2004, a copy of the foregoing motion for additional time to complete discovery, was mailed via U. S. Mail, to counsel for Defendants as shown below:

Joseph A. Jordano
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

By: _____
Eroll V. Skyers, Esq.