UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN 15 P 2: 32
U.S. DISTRICT COURT
BRIDGEPORT, CONN

FEMI BOGLE-ASSEGAI

v.                                      CIV. NO. 3:02CV2292(HBF)

STATE OF CONNECTICUT,
COMMISSION ON HUMAN RIGHTS
AND OPPORTUNITIES, ET AL

## SCHEDULING ORDER

A telephone conference call was held on June 4, 2004, to address the status of the case and modification of the scheduling order. After discussion, the following schedule was set:

Defendant will file its motion for summary judgment on Monday, August 30, 2004. Plaintiff's response is due Friday, October 15, 2004. Defendants' reply brief is due Monday, October 25, 2004.

A settlement conference is scheduled for Thursday, October 28, 2004. The parties will contact the Court to reschedule the conference if this scheduling order is modified.

SO ORDERED at Bridgeport this 4th day of June 2004.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE