UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FEMI BOGLE-ASSEGAI | : | CIVIL ACTION NO. 3:02CV2292(HBF) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES; CYNTHIA | : | |
| WATTS-ELDER; LEANNE APPLETON; | : | |
| and DONALD NEWTON | : | |
| *Defendants* | : | August 2, 2004 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME
## TO FILE SUMMARY JUDGMENT

COMES NOW, defendants State of Connecticut, Commission on Human Rights and Opportunities; Cynthia Watts-Elder; Leanne Appleton and Donald Newton and requests an extension of time to file their summary judgment to September 20, 2004. In support of this motion, the defendants, through counsel, represents as follows:

1. The current deadline for filing summary judgment is August 30, 2004 (Doc. # 41).

2. The parties were not able to schedule the deposition of the plaintiff, Femi Bogle-Assegai, until August 5, 2004 due to scheduling problems. The defendant represents he needs additional time to obtain and review the plaintiff's deposition transcript.

3. The undersigned is scheduled to be out of the office for a week in August on vacation.

4. The undersigned has a defendant-appellee brief due in the United States Court of Appeals for the Second Circuit in another matter during the calendar month of August.

5. The above-captioned case is a complex matter and additional time is required to address all of the issues presented by the plaintiff.

6. Pursuant to Local Rule 7(b), the undersigned contacted plaintiff's counsel, Errol Skyers, Jr., Esq., and he concurs and has NO OBJECTION to this motion.

WHEREFORE, respectfully request an extension of time to file their summary judgment to and including September 20, 2004.

> DEFENDANTS,
> STATE OF CONNECTICUT,
> COMMISSION ON HUMAN RIGHTS
> AND OPPORTUNITIES; CYNTHIA
> WATTS-ELDER; LEANNE APPLETON
> and DONALD NEWTON
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> By: _____
> Joseph A. Jordano
> Assistant Attorney General
> Federal Bar # ct21487
> 55 Elm Street, P.O. Box 120
> Hartford, CT 06141-0120
> Tel: (860) 808-5340
> Fax: (860) 808-5383
> E-mail: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned hereby certifies that on this      day of August, 2004 a copy of the aforementioned Motion for Extension of Time to File Summary Judgment was sent by First Class United States mail, postage prepaid to:

Eroll V. Skyers, Esq.
The Barrister Law Group
211 State Street, 2nd Fl.
Bridgeport, CT 06604
Tel.: 203-334-4800

_____
Joseph A. Jordano
Assistant Attorney General