UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEMI BOGLE-ASSEGAI : CIVIL ACTION NO. 3:02CV2292(HBF) | |
| *Plaintiff* : | |
| : | |
| v. : | |
| : | |
| STATE OF CONNECTICUT, : | |
| COMMISSION ON HUMAN RIGHTS : | |
| AND OPPORTUNITIES; CYNTHIA : | |
| WATTS-ELDER; LEANNE APPLETON; : | |
| and DONALD NEWTON : | |
| *Defendants* : August 2, 2004 | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE SUMMARY JUDGMENT**

COMES NOW, defendants State of Connecticut, Commission on Human Rights and Opportunities; Cynthia Watts-Elder; Leanne Appleton and Donald Newton and requests an extension of time to file their summary judgment to September 20, 2004. In support of this motion, the defendants, through counsel, represents as follows:

The current deadline for filing summary judgment is August 30, 2004 (Doc. #41).

The parties were not able to schedule the deposition of the plaintiff, Femi Bogle-Assegai, until August 5, 2004 due to scheduling problems. The defendant represents he needs additional time to obtain and review the plaintiff's deposition transcript.

3. The undersigned is scheduled to be out of the office for a week in August on vacation.

4. The undersigned has a defendant-appellee brief due in the United States Court of Appeals for the Second Circuit in another matter during the calendar month of August.