UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FEMI BOGLE-ASSEGAI | : | CIVIL ACTION NO. 3:02CV2292(HBF) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES; CYNTHIA | : | |
| WATTS-ELDER; LEANNE APPLETON; | : | |
| and DONALD NEWTON | : | |
| *Defendants* | : | September 16, 2004 |

### DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

COMES NOW the Defendants pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby move for summary judgment in their favor because the evidence submitted herewith shows that there is no genuine issue of material fact in dispute and, as a matter of law, the Plaintiff cannot sustain her burden of proof that the Defendants have violated her rights under federal law. Filed herewith is a Statement of Undisputed Facts pursuant to Local Rule 56 and a memorandum of law in support of the present motion.

1

DEFENDANTS,
STATE OF CONNECTICUT,
COMMISSION ON HUMAN RIGHTS
AND OPPORTUNITIES; CYNTHIA
WATTS-ELDER; LEANNE APPLETON and
DONALD NEWTON

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us

## CERTIFICATION

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the

foregoing Motion for Summary Judgment was sent via first class mail, postage prepaid,

this         day of September, 2004, to:

Eroll V. Skyers, Esq.
The Barrister Law Group
211 State Street, 2nd Fl.
Bridgeport, CT 06604
Tel.: 203-334-4800

_____
Joseph A. Jordano
Assistant Attorney General