UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FEMI BOGLE-ASSEGAI | : | CIVIL ACTION NO. 3:02CV2292(HBF) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES; CYNTHIA | : | |
| WATTS-ELDER; LEANNE APPLETON; | : | |
| and DONALD NEWTON | : | |
| *Defendants* | : | September 16, 2004 |

**<u>DEFENDANTS' INDEX OF EVIDENCE IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT</u>**

Exhibit 1      Federal Complaint filed by the plaintiff, dated December 20, 2002 (26 pages);

Exhibit 2      Memo dated December 20, 1991 from Louis Martin to Femi Bogle-Assegai;

Exhibit3       Memo dated September 3, 1993 from Martin to Bogle-Assegai;

Exhibit 4      Memo dated October 10, 1995 from June Willis to Bogle-Assegai (2 pages);

Exhibit 5      Memo dated April 24, 1996 from Jewel Brown to Bogle-Assegai;

Exhibit 6      Memo dated April 26, 1996 from Brown to Bogle-Assegai;

Exhibit 7      Memo dated June 28, 1996 from Brown to Bogle-Assegai;

Exhibit 8      Memo dated November 12, 1996 from Brown to Martin (3 pages);

Exhibit 9      Memo dated August 20, 1997 from Brown to Bogle-Assegai;

Exhibit 10     Memo dated March 5, 1998 from Brown to Bogle-Assegai;

Exhibit 11     Memo dated March 31, 1998 from Brown to Bogle-Assegai;

Exhibit 12     Memo dated March 31, 1998 from Bogle-Assegai to All Staff;

Exhibit 13     Memo dated May 4, 2000 from Susie Carlson to West Central Region;

Exhibit 14   Memo dated May 9, 2000 from Donald Newton to Regional Managers (2 pages);

Exhibit 15   Memo dated March 29, 2001 from Bogle-Assegai to Cynthia Watts Elder;

Exhibit 16   Memo dated March 3, 2004 from Attorney John Rose to Joseph Jordano (55 pages);

Exhibit 17   Card Access Event Report dated March 20, 2001 (28 pages);

Exhibit 18   Audit of Time dated March 29, 2001 (10 pages);

Exhibit 19   Memo dated January 2, 1996 from Bogle-Assegai to Leanne Appleton through Jewel Brown (28 pages);

Exhibit 20   Memo dated January 26, 2001 from Charlie Krich to Watts Elder (3 pages)

Exhibit 21   Fax Report for West Central Region, dated January 25, 2001;

Exhibit 22   Sean Brown v. CHRO Summons and Appeal, dated January 19, 2001 (9 pages);

Exhibit 23   Memo dated August 5, 1999 from Bogle-Assegai to Brown (2 pages);

Exhibit 24   Memo dated April 30, 2001 from Watts Elder to Yvette Moore;

Exhibit 25   Letter dated September 17, 2001 from Attorney Rose to Auditors;

Exhibit 26   E-mail dated March 26, 2001 from Watts Elder to Bogle-Assegai;

Exhibit 27   Memo dated March 13, 2001 to Penny McCorison of Fusco Corp.;

Exhibit 28   Memo dated February 27, 2001 from Paulette Tyler to Bogle-Assegai;

Exhibit 29   Memo dated February 16, 2001 from Tanya Hughes to Bogle-Assegai;

Exhibit 30   Memo dated December 27, 2000 from Bogle-Assegai to Richard Gordon;

Exhibit 31   Memo dated December 27, 2000 from Bogle-Assegai to West Central Staff;

Exhibit 32   Memo dated October 18, 2000 from Susan Hom to Bogle-Assegai;

Exhibit 33   Letter dated March 14, 2001 from Attorney Rose to Donald Newton;

Exhibit 34   Affidavit of Joanne Steinnagel, dated November 2, 2001 (2 pages);

Exhibit 35   Memo dated March 3, 1999 from Brown to Rick Robinson (2 pages);

Exhibit 36   Memo dated March 4, 1999 from Brown to CHRO Commissioners (2 pages);

Exhibit 37   Memo dated June 18, 1997 from Brown to All Staff;

Exhibit 38   Memo dated March 8, 199 from Brown to Auditors, AG, Bailey and Ryan (??);

Exhibit 39   Policy # 17, revised April 16, 1997;

Exhibit 40   Withdrawal, dated April 16, 2001, of Superior Court Case No. CV 01-0805922 S by Bogle-Assegai v. CHRO;

Exhibit 41   Notice of Dismissal dated April 20, 2001 of Federal Court Docket No. 3:01CV0561(RNC) in Bogle-Assegai v. CHRO, et al.;

Exhibit 42   Affidavit of Donald Newton, dated June 27, 2002;

Exhibit 43   Femi Bogle-Assegai's Performance Assessment and Recognition System (PARS), dated July 17, 2000;

Exhibit 44   Memo dated January 11, 2000 from Newton to Bogle-Assegai and memo dated January 12, 2000 from Bogle-Assegai to Newton;

Exhibit 45   Affidavit of Helen (Penny) McCorison, dated March 11, 2004 (3 pages);

Exhibit 46   Defendants' Amended Answer and Affirmative Defenses, dated July 28, 2003 (11 pages);

Exhibit 47   Job Description for CHRO Regional Manager (2 pages);

Exhibit 48   Application for Regional Manager filed by Pekah Wallace, dated November 14, 2001 (10 pages);

Exhibit 49   Memo dated September 9, 1998 from Colleen Middleton to Bogle-Assegai (3 pages);

Exhibit 50   Job Description for Chief of Field Operations (4 pages);

Exhibit 51   Letter dated January 3, 2003 from Bogle-Assegai to Judge Janet C. Hall (3 pages);

Exhibit 52   Bogle-Assegai's CHRO Complaint # 9410461, dated March 14, 1994 (12 pages);

| | |
|---|---|
| Exhibit 53 | Regional Manager's Meeting Agendas for August 17, 2000; October 16, 2000; November 21, 2000 and January 25, 2001 (4 pages); |
| Exhibit 54 | Requests from Bogle-Assegai to Newton for time off on November 16, 2000; January 10, 2001, January 17, 2001 and March 20, 2001 (4 pages); |
| Exhibit 55 | Memoranda concerning performance problems of Bogle-Assegai dated February 5, 1996, September 4, 1996, June 1, 1998, June 2, 1998, August 14, 1998 (2 pages), August 19, 1998 (3 pages), September 30, 1998, October 13, 1998, October 14, 1998, February 26, 1999 (4 pages) and March 8, 1999 (2 pages); |
| Exhibit 56 | Memo dated January 26, 2001 from Bogle-Assegai to Watts Elder; |
| Exhibit 57 | E-mail dated February 14, 2001 from Newton to Bogle-Assegai; |
| Exhibit 58 | Memo dated February 14, 2001 from Bogle-Assegai to Newton (2 pages); |
| Exhibit 59 | Fax dated February 15, 2001 from Fusco to Leanne Appleton (7 pages); |
| Exhibit 60 | Letter dated March 1, 2001 from Watts Elder to Bogle-Assegai (2 pages); |
| Exhibit 61 | Letter dated March 5, 2001 from Watts Elder to Bogle-Assegai (2 pages); |
| Exhibit 62 | Memo to the record dated March 12, 2001 from Donna Dickson; |
| Exhibit 63 | Letter dated March 14, 2001 from Attorney Rose to Newton (3 pages); |
| Exhibit 64 | Resolution from CT Caucus of Black Women, dated March 17, 2001 (3 pages); |
| Exhibit 65 | Letter dated March 23, 2001 from Watts Elder to Bogle-Assegai (2 pages); |
| Exhibit 66 | Letter dated March 26, 2001 from Attorney Rose to Watts Elder (2 pages); |
| Exhibit 67 | Notes to File from Susie Carlson re: Loudermill Hearing, dated March 26, 2001 (2 pages); |
| Exhibit 68 | Notes to file from Donald Newton re: Loudermill Hearing, dated March 26, 2001 (2 pages); |
| Exhibit 69 | Letter dated March 29, 2001 from Watts Elder to Bogle-Assegai; |
| Exhibit 70 | Letter dated March 29, 2001 from Watts Elder to Bogle-Assegai (2 pages); |

Exhibit 71   Letter dated April 2, 2001 from Attorney Rose to AAG Joseph Jordano;

Exhibit 72   Letter dated May 25, 2001 from Leanne Appleton to Bogle-Assegai;

Exhibit 73   Miscellaneous dates regarding Bogle-Assegai's time records from November 17, 2000 to March 8, 2001;

Exhibit 74   CHRO Sexual Harassment Policy and Procedure;

Exhibit 75   Excerpts from Deposition of Femi Bogle-Assegai, Vol. I., dated January 20, 2004;

Exhibit 76   Excerpts from Deposition of Femi Bogle-Assegai, Vol. II., dated June 7, 2004;

Exhibit 77   Excerpts from Deposition of Femi Bogle-Assegai, Vol. III, dated August 5, 2004;

Exhibit 78   Excerpts from Deposition of Cynthia Watts Elder, dated June 9, 2004;

Exhibit 79   Excerpts from Deposition of Donald Newton, dated June 28, 2004;

Exhibit 80   Excerpts from Deposition of Leanne Appleton, dated June 9, 2004'

Exhibit 81   Affidavit of Leanne Appleton, dated September 13, 2004;

Exhibit 82   Docket Sheet for federal matter, Bogle-Assegai v. CHRO, 3:01CV0561(RNC);

Exhibit 83   Docket Summary for Superior Court Docket No. CV 01-0805922 S, Bogle-Assegai v. CHRO;

Exhibit 84   Printout from EEOC dated September 14, 2004 showing filing of charge of discrimination by Bogle-Assegai.

                DEFENDANTS,
                STATE OF CONNECTICUT,
                COMMISSION ON HUMAN RIGHTS
                AND OPPORTUNITIES; CYNTHIA
                WATTS-ELDER; LEANNE APPLETON
                and DONALD NEWTON

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

By: _____
     Joseph A. Jordano
     Assistant Attorney General
     Federal Bar # ct21487
     55 Elm Street, P.O. Box 120
     Hartford, CT 06141-0120
     Tel: (860) 808-5340
     Fax: (860) 808-5383
     E-mail: Joseph.Jordano@po.state.ct.us

## CERTIFICATION

The undersigned hereby certifies that on this _____ day of September, 2004 a copy of the aforementioned Index of Evidence in Support of Defendants' Motion for Summary Judgment was sent by First Class United States mail, postage prepaid to:

Eroll V. Skyers, Esq.
The Barrister Law Group
211 State Street, 2nd Fl.
Bridgeport, CT 06604
Tel.: 203-334-4800

                              _____
                              Joseph A. Jordano
                              Assistant Attorney General