UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEMI BOGLE-ASSEGAI : | CIVIL ACTION |
| : | NO. |
| Plaintiff, : | 3:02CV2292(HBF) |
| V. : | |
| STATE OF CONNECTICUT, : | |
| COMMISSION ON HUMAN RIGHTS : | |
| AND OPPORTUNITIES; CYNTHIA : | |
| WATTS-ELDER; LEANNE APPLETON; : | |
| and DONALD NEWTON : | |
| Defendants. : | October 12, 2004 |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME
## TO FILE OBJECTION TO MOTION FOR SUMMARY JUDGMENT

COMES NOW, the plaintiff, Femi Bogle-Assegai and requests an extension of time to file her objection to summary judgment to November 12, 2004. In support of this motion, the plaintiff, through counsel, represents as follows:

1. The current deadline for filing summary judgment is October 15, 2004 (Court's Scheduling order dated June 4, 2004).

2. The defendants' counsel needed additional time to obtain and review the plaintiff's deposition transcript and thereafter obtained and extension of time to file a Motion for Summary Judgment.

3. The above-captioned case is a complex matter and additional time is required to address all of the issues presented by the defendant.

4. The defendant filed a voluminous brief, inclusive of exhibits.

5. Pursuant to Local Rule 7(b), the undersigned contacted defendants' counsel, Joseph Jordano, Esq., and he concurs and has NO OBJECTION to this motion.

WHEREFORE, respectfully request an extension of time to file their summary judgment to and including November 12, 2004.

The Plaintiff

Kroll V. Skyers (#12856)
Barrister Law Group, LLC
211 State Street
Bridgeport, CT 06604
203-334-4800

## CERTIFICATION

The undersigned hereby certifies that on this day of October, 2004 a copy of the aforementioned Motion for Extension of Time to File Objection to Motion for Summary Judgment was sent by First Class United States mail, postage prepaid to:

Joseph A. Jordano, Esq.
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

_____
Eroll V. Skyers (#12856)