UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **FEMI BOGLE-ASSEGAI** | : | CIVIL ACTION NO. |
|     **Plaintiff,** | : | 3:02CV2292(HBF) |
| V. | : | |
| STATE OF CONNECTICUT, | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES; CYNTHIA | : | |
| WATTS-ELDER, LEANNE APPLETON,: | | |
| and DONALD NEWTON | : | |
|     **Defendants.** | : | November 12, 2004 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

**TO FILE OBJECTION TO MOTION FOR SUMMARY JUDGMENT**

COMES NOW, the plaintiff, Femi Bogle-Assegai and requests an extension of time to file her objection to summary judgment to November 12, 2004. In support of this motion, the plaintiff, through counsel, represents as follows:

1. The court had extended the deadline in response to the Plaintiff's motion dated October 12, 2004 and scheduled a response for November 12, 2004.

2. Plaintiff's counsel needs additional time to complete the response to the voluminous Motion for Summary Judgment filed by the defendants.

3. The above-captioned case is a complex matter and additional time is required to address all of the issues presented by the defendant.

4. The defendant filed a voluminous brief, inclusive of exhibits.

5. Pursuant to Local Rule 7(b), the undersigned has had contact with defendants' counsel, Joseph Jordano, Esq., and he concurs and has NO OBJECTION to this motion.

WHEREFORE, the plaintiff respectfully requests an extension of time to file her response to summary judgment to and including November 24, 2004.

The Plaintiff

_____

Eroll V. Skyers (#12856)

Barrister Law Group, LLC

211 State Street

Bridgeport, CT 06604

2 03-334-4800

## **CERTIFICATION**

The undersigned hereby certifies that on this day of November, 2004 a copy of the aforementioned Motion for Extension of Time to File Objection to Motion for Summary Judgment was sent by First Class United States mail, postage prepaid to:

Joseph A. Jordano, Esq.
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06 141-0120

_____
Eroll V. Skyers (#12856)