UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FEMI BOGLE-ASSEGAI, | : | CIVIL ACTION NO. |
| *Plaintiff,* | : | 3:02CV2292(HBF) |
| | : | |
| V. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES; and | : | |
| CYNTHIA WATTS ELDER, | : | |
| in her official capacity as Executive | : | |
| Director, Connecticut Commission on | : | |
| Human Rights and Opportunities, | : | |
| ("CHRO") and LEANNE APPLETON, | : | |
| in her individual capacity and official | : | |
| capacity as Director of Finance of | : | |
| CHRO; and DONALD NEWTON, | : | |
| in his individual capacity and official | : | |
| capacity as CHRO Chief of Field | : | |
| Operations, | : | |
| *Defendants* | : | DECEMBER 27, 2004 |

**MOTION FOR JUDGMENT FOR FAILING TO RESPOND TO
SUMMARY JUDGMENT**

COMES NOW the defendants and move for an order granting the defendants' motion for summary judgment because the plaintiff has failed to timely respond to the summary judgment. In support of this motion, the defendant shows the court as follows:

1. Defendants filed summary judgment on September 17, 2004, accompanied by a Memorandum of Law and Rule 56(a)1 Statement of Undisputed Facts. (Doc. # 45)

2. The plaintiff's deadline for filing a response to the defendant's motion was extended several times, the latest to November 24, 2004. (Doc. # 49)

3. As of the date of this motion, the plaintiff has not responded to the defendants' summary judgment motion.

    4.    Under Rule 56, the plaintiff's failure to respond to summary judgment deems all of the defendants' facts admitted.

    5.    Under the holding in <u>Willis v. Anthem Blue Cross & Blue Shield of Connecticut</u>, 193 F. Supp.2d 436 (D. Conn. 2001), the defendant is entitled to judgment as a matter of law.

    6.    On December 23, 2004, defense counsel spoke with plaintiff's counsel by telephone. For reasons he could not disclose, plaintiff's counsel acknowledged that no response had been filed to the summary judgment and he understood that the defendants would be filing this motion.

    WHEREFORE, the defendants move the court for an order granting their motion for summary judgment on the merits.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:    _____
Joseph A. Jordano (ct 21487)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: 860-808-5340
Fax: 860-808-5383
email: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned hereby certifies that on the 27th day of December 2004, a true and accurate copy of the foregoing Motion was sent by United State mail, postage prepaid, to the following:

Eroll V. Skyers, Esq.
The Barrister Law Group
211 State Street, 2d Floor
Bridgeport, CT 06604

_____
Joseph A. Jordano
Assistant Attorney General