# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**APPEARANCE**

| | | |
|---|---|---|
| FEMI BOGLE-ASSEGAI | : | CASE NUMBER: 302CV2292(JCH) |
| | : | |
| V. | : | |
| | : | |
| THE STATE OF CONNECTICUT | : | |
| COMMISSION ON HUMAN | : | |
| RIGHTS & OPPORTUNTIES, ET AL., | : | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: **FEMI BOGLE-ASSEGAI, Plaintiff**

| | |
|---|---|
| January 18, 2005 | /S/ CYNTHIA R. JENNINGS |
| CT21797 | CYNTHIA R. JENNINGS, ESQ., |
| 860-203-334-4800 | 211 State Street, 2nd Floor |
| Fax: 203-333-7178 | Bridgeport, CT 06604 |

Cynthia_Jennings_Law@yahoo.com

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearnce.frm.Jan.24

**CERTIFICATION OF SERVICE**

I hereby certify that on January 18, 2005, a copy of the foregoing Appearance for Plaintiff was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/S/ Cynthia R. Jennings
Cynthia R. Jennings, Esq., (CT21797)
THE BARRISTER LAW GROUP, LLC.,
211 State Street, 2nd Floor
Tel: 203-334-4800
Fax: 203-333-7178
E-mail: Cynthia_Jennings_law@yahoo.com

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)