UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **FEMI BOGLE-ASSEGAI** | : | CIVIL NO. 3:02CV2292(JCH) |
| **Plaintiff** | : | |
| | : | |
| **V.** | : | |
| | : | |
| **STATE OF CONNECTICUT,** | : | |
| **COMMISSIOIN ON HUMAN RIGHTS** | : | |
| **AND OPPORTUNTITIES, ET AL.,** | : | |
| **Defendant** | : | January 18, 2005 |
| | : | |

**PLAINTIFF'S OBJECTION TO DEFENDANTS**
**MOTION FOR SUMMARY JUDGMENT**

Comes now the plaintiff, and hereby respectfully objects to the defendants' Motion for Summary Judgment. Plaintiff's Memorandum of Law in support of this motion is submitted herewith that more specifically sets out the basis for the objection.

WHEREFORE, the plaintiff respectfully requests that the defendants' Motion for Summary Judgment be denied.

        THE PLAINTIFF

        BY: /S/
        Cynthia R. Jennings, Esq., (Fed. Bar No. (CT21797)
        Eroll V. Skyers, Esq., (Fed. Bar No. CT12856)
        THE BARRISTER LAW GROUP, LLC
        211 State Street, 2nd Floor
        Bridgeport, CT 06604
        Tel: 203-334-4800

# CERTIFICATE OF SERVICE

Plaintiff [Femi Bogle-Assegai]	Case No. [3:02-cv-2292-JCH]

v.

Defendant [State of Connecticut, Commission on Human Rights and Opportunities, et al]

I hereby certify that on [January 18, 2005], a copy of foregoing [Plaintiff's Objection to Defendants' Motion for Summary Judgment] was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/S/ [Cynthia R. Jennings]
Cynthia R. Jennings, Esq., (ct21797)
/S/ [Eroll V. Skyers]
Eroll V. Skyers, Esq. (ct12856)
THE Barrister Law Group, LLC
211 State Street
Bridgeport, CT 06604
Phone: (203) 334-4800
Fax: (203) 333-7178
E-mail: evskyers@barristerlawgroup.com