FILED

2005 JAN 21 P 3: 57

U.S. DISTRICT COURT
BRIDGEPORT, CONN

# UNITED STATES DISTRICT COURT
## STATE OF CONNECTICUT

| | | |
|---|---|---|
| Femi Bogle-Assegai | : | Case No.3:02-cv-2292-JCH |
| | : | |
| v. | : | |
| | : | |
| State of Connecticut, Commission on Human Rights and Opportunities, et al., | : | January 20, 2005 |

## TABLE OF EXHIBITS

## IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW