UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JAN 21  P 3:57

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | | |
|---|---|---|
| **FEMI BOGLE ASSEGAI**<br>*Plaintiff,*<br>v.<br><br>**STATE OF CONNECTICUT**<br>**COMMISSION ON HUMAN**<br>**RIGHTS AND OPPORTUNITIES,**<br>*and* **CYNTHIA WATTS ELDER** *in*<br>*her official capacity as Executive*<br>*Director, Connecticut Commission of:*<br>*Human Rights and Opportunities,*<br>*(CHRO) and* **LEANNE APPLETON,**<br>*in her individual Capacity and official*<br>*capacity as Director Of Finance of*<br>*CHRO; and* **DONALD NEWTON** *in*<br>*his individual capacity and official*<br>*capacity as CHRO Chief of Field*<br>*Operations.*<br>     *Defendants.* | : : : : : : : : : : : : : : : : : | 3:02 CV 2292 (JCH)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>JANUARY 18, 2005 |

### PLAINTIFF'S AFFIDAVIT

1. My name is Femi Bogle Assegai

2. I am over the age of eighteen and I understand the obligation of an oath.

3. I make this affidavit in support of my objection to the defendants' motion for summary judgment.

4. I am an African-American female of Jamaican descent. I am also a Muslim.

5. During my tenure as a regional manager with the CHRO I reported to Mr. Donald Newton.

6. Mr. Newton was not typically an aggressive supervisor towards me.

7. He was not in the habit of questioning my accuracy or my integrity nor did he exercise any disciplinary action towards me until January of 2001.

8. Mr. Newton made allegations against me in conjunction with Cynthia Watts-Elder and Leanne Appleton just as I was approaching my 10th anniversary as a state employee.

9. I believe that the defendant conspired against me in order to undo the employment actions that Louis Martin made as well as to move me out of State service before my 10 year anniversary.

10. I was unfairly singled out; yet, Leanne Appleton, a white female manager at the CHRO, was never scrutinized the way I was scrutinized and harassed.

11. Although Leanne Appleton was presumed to be working, she was never tracked nor scrutinized the way I was.

12. I have to unfairly endured an investigation surrounding my work attendance and work habits. However, the managerial policy was based on productivity and getting the job done; and I always did my job.

13. I believe that the Fusco management audit report was incorrect in purporting to monitor my time at the Roland Building in Waterbury. There has been no demonstration that the reported times of the audit report had been adjusted or corrected to comport with daylight savings time. Therefore, I believe that I have been unjustly fired.

**FEMI BOGLE-ASSEGAI,** being duly sworn, under oath, states that she is the Affiant herein, that she has read the foregoing Affidavit and knows the content thereof, that the same is true of her own knowledge, except as to the matter herein stated on information and belief and that as to these matters she believes the same to be true.

Dated at BRIDGEPORT, Connecticut this 18TH day of January 2005.

_____
FEMI BOGLE-ASSEGAI
Plaintiff

Subscribed and sworn to before me this 18th day of January 2005.

_____
Commissioner of the Superior Court

## CERTIFICATE OF SERVICE

Femi Bogle-Assegai                    Case No.3:02-cv-2292-JCH

v.

State of Connecticut, Commission on
Human Rights and Opportunities, et al.,

I hereby certify that on January 21, 2005, a copy of foregoing Affidavit of Plaintiff, Femi Bogle-Assegai, was mailed to Defendants via U.S. Mail.

Joseph Jordano, Esq.,
ASSISTANT ATTORNEY GENERAL
55 Elm Street, P.O. BOX 120
Hartford, CT 06141-0120

By: /s/
Cynthia R. Jennings, Esq., (ct21795)
Eroll V. Skyers, Esq. (ct12856)
THE Barrister Law Group, LLC
211 State Street
Bridgeport, CT 06604
Phone: (203) 334-4800
Fax: (203) 333-7178
E-mail: evskyers@barristerlawgroup.com