UNITED STATES DISTRICT COURT    FILED
DISTRICT OF CONNECTICUT

FEMI BOGLE-ASSEGAI                                                    2005 MAR 22  P 3: 52

   v.                                                    3:02CV2292 (HBF) DISTRICT COURT

STATE OF CONNECTICUT,
COMMISSION ON HUMAN RIGHTS
AND OPPORTUNITIES,
CYNTHIA WATTS-ELDER, LEANNE
APPLETON, and DONALD NEWTON

### JUDGMENT

This matter came on before the Honorable Holly B. Fitzsimmons, United States Magistrate Judge, as a result of defendants' Motion for Summary Judgment on Counts One through Five.  A Consent to Proceed Before a U.S. Magistrate was entered on September 11, 2003.

The Court has reviewed all of the papers filed in conjunction with the motion and on March 11, 2005 granted the motion.

Therefore, it is ORDERED and ADJUDGED that summary judgment is entered for the State of Connecticut, Commission on Human Rights and Opportunities, Cynthia Watts-Elder, Leanne Appleton and Donald Newton and the case is closed..

Dated at Bridgeport, Connecticut, this 21st day of March 2005.

          KEVIN F. ROWE, Clerk

          By
           Deputy Clerk

Entered on Docket _____