FORM 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2005 APR 13 P 12: 13

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Femi Bogle-Assegai

v.

State of Connecticut,
Commission on Human Rights
and Opportunities,
Cynthia Watts-Elder, Leanne
Appleton, and Donald
Newton

CIVIL CASE NO. 3:02cv2292 (HBF)

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Femi Bogle-Assegai__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach the Judgment or Order): __See Attached Judgment__

2. The Judgment /Order in this action was entered on __3/22/05__.
(date)

_____, Esq.
Signature

Cynthia R. Jennings, Esq.
Print Name
The Barrister Law Group LLC
211 State Street
Bridgeport, CT 06604
Address

Date: 4/11/05

(203) 334-4800
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

FEMI BOGLE-ASSEGAI

v.

STATE OF CONNECTICUT,
COMMISSION ON HUMAN RIGHTS
AND OPPORTUNITIES,
CYNTHIA WATTS-ELDER, LEANNE
APPLETON, and DONALD NEWTON

2005 MAR 22 P 3: 52

3:02CV2292 (HBF)

## JUDGMENT

This matter came on before the Honorable Holly B. Fitzsimmons, United States Magistrate Judge, as a result of defendants' Motion for Summary Judgment on Counts One through Five. A Consent to Proceed Before a U.S. Magistrate was entered on September 11, 2003.

The Court has reviewed all of the papers filed in conjunction with the motion and on March 11, 2005 granted the motion.

Therefore, it is ORDERED and ADJUDGED that summary judgment is entered for the State of Connecticut, Commission on Human Rights and Opportunities, Cynthia Watts-Elder, Leanne Appleton and Donald Newton and the case is closed..

Dated at Bridgeport, Connecticut, this 21st day of March 2005.

KEVIN F. ROWE, Clerk

By
    Deputy Clerk

Entered on Docket _____

AO 72A
(Rev. 8/82)