**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

Roseann B. MacKechnie
CLERK

FILED
2005 MAY 24  PM 2:39
U.S. DISTRICT COURT
BRIDGEPORT, CONN

FILED
MAY 17 2005
SECOND CIRCUIT

Date:                5/17/05
Docket Number:       05-1858-cv
Short Title:         Bogle-Assegai v. Connecticut
DC Docket Number:    02-cv-2292
DC:                  DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:            Honorable Holly Fitzsimmo

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 17th day of May, two thousand five.

Femi Bogle-Assegai,

   Plaintiff-Appellant,

v

State of Connecticut, Commission on Human Rights & Opportunities, Cynthia Watts-Elder, I/O as Executive Dir, CHRO, Leanne Appleton, I/O as Dir of Finance of CHRO and Donald Newton, I/O as CHRO Chief of Field Operations,

   Defendants-Appellees.

The *Civil Appeals Management Plan* of this court directs that within the (10) days after filing a Notice of Appeal, the appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D), pay docketing fee, and that in the event of default of any of these requirements the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof it is **ORDERED** that the appeal from the order of 3/22/05 United States Court for the District of Connecticut be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _[signature]_
DEPUTY CLERK

CERTIFIED: 5/17/05

For the Court,
Roseann B. MacKechnie, Clerk

By: Julius D. Crockwell
Deputy Clerk