FILED

2005 JUN -1  P 12: 02

U.S. DISTRICT COURT
BRIDGEPORT CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEMI BOGLE-ASSEGAI | CIVIL ACTION NO. |
| *Plaintiff* | 3:02CV2292(HBF) |
| v. | |
| STATE OF CONNECTICUT, COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES; CYNTHIA WATTS-ELDER; LEANNE APPLETON; and DONALD NEWTON | |
| *Defendants* | May 31, 2005 |

**MOTION FOR COSTS**

Defendant's motion for summary judgment was granted on March 10, 2005 (Doc. # 60). Judgment in this matter was entered on March 21, 2005. (Doc. # 61). The plaintiff filed a timely appeal to the Second Circuit Court of Appeals on or about April 13, 2005 (Doc. # 62). Said, appeal, however was dismissed and a mandate issued by the Second Circuit on May 17, 2005 (Doc. # 63). The dismissal of the appeal by the Second Circuit makes the decision of the District Court a final judgment. Wherefore, pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54(a) of the Local Rules of Civil Procedure, the defendants, who are the prevailing party in the above-captioned case, respectfully request that:

a. The court assess costs in this action in the amount of $ 2,884.75 consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B.

b. The $500.00 bond posted by the plaintiff (Doc. # 19) as security for costs in this action pursuant to Rule 83.3 of the Local Rules of the District of Connecticut be forfeited and paid over to the State of Connecticut, Attorney General's Office, as partial satisfaction of the above.

c.     The Court issue an order forfeiting the $500 bond consistent with the request in sub-paragraph (b) above.

The actual amounts paid have, in applicable situations, been reduced to reflect the maximum allowable transcript rate, $3.75 per page, pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures" and to omit any charges for shipping and handling.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:  /s/ David M. Teed
David M. Teed
Assistant Attorney General
Federal Bar # ct09102
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
E-mail: David.Teed@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing **Motion for Costs** with exhibits A and B attached was mailed, U.S. mail first class postage prepaid, this 31st day of May, 2005 to all counsel of record.

    Cynthia Jennings, Esq.
    The Barrister Law Group
    211 State Street, 2nd Fl.
    Bridgeport, CT 06604
    Tel.: 203-334-4800

and hand delivered to:

    Joseph A. Jordano, AAG
    Employment Rights Department
    Attorney General's Office
    55 Elm Street, 4th Floor
    Hartford, CT 06141-0120

                                                         David M. Teed
                                                          Assistant Attorney General

## EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FEMI BOGLE-ASSEGAI | : | CIVIL ACTION NO. 3:02CV2292(HBF) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES; CYNTHIA WATTS-ELDER; LEANNE APPLETON; and DONALD NEWTON | : | |
| *Defendants* | : | May 31, 2005 |

## BILL OF COSTS

1. Fees of the Court Reporter ............................................. $ 892.50
    Deposition of Femi Bogle-Assegai, Vol. I, dated
    January 20, 2004 -- bill attached

2. Fees of the Court Reporter ................................. $ 708.75
    Deposition of Femi Bogle-Assegai, Vol. II, dated
    June 7, 2004 -- bill attached

3. Fees of the Court Reporter ................................. $137.50
    Deposition of Leanne Appleton, dated
    June 9, 2004 -- bill attached

4. Fees of the Court Reporter ................................. $108.00
    Deposition of Cynthia Watts Elder, dated
    June 9, 2004

5. Fees of the Court Reporter ................................. $ 335.25
    Deposition of Donald Newton, dated
    June 28, 2004 -- bill attached

6. Fees of the Court Reporter ................................. $ 76.50
    Deposition of Amalia Vazquez Bzdyra,
    dated June 11, 2004

7. Fees of the Court Reporter ...............................$ 626.25
    Deposition of Femi Bogle-Assegai, Vol. III,
    dated August 5, 2004 – bill attached

    **TOTAL**　　　　　　　　　　　　**$ 2,884.75**

## EXHIBIT B

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FEMI BOGLE-ASSEGAI | : | CIVIL ACTION NO. |
| | | 3:02CV2292(HBF) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES; CYNTHIA | : | |
| WATTS-ELDER; LEANNE APPLETON; | : | |
| and DONALD NEWTON | : | |
| *Defendants* | : | May 31, 2005 |

## CERTIFICATION

I, David M. Teed, an Assistant Attorney General for the State of Connecticut, hereby certify that the foregoing costs were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the costs spent by defendants in preparation of trial, preliminary injunction hearing and/or the motion for summary judgment filed in this case.

*[signature]*
David M. Teed
Assistant Attorney General

Subscribed to and sworn to before me by the above affiant on this the 31st day of May, 2005.

*[signature]*
Notary Public/~~Commissioner of the Superior Court~~

LEONARD AUSTER
NOTARY PUBLIC
MY COMMISSION EXPIRES JAN. 31, 2009

6

# Brandon Smith Reporting Service, LLC

**Invoice**

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Monday, February 09, 2004 | 8234BL |

Joseph A Jordano
Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141

Phone:    (860) 808-5340    Fax:

Witness:    Assegai, Femi-Bogle        *No cHRo*

Case:    Bogle-Assegai vs. (Bigelow) St of CT

Venue:

Case #:    3:02CV2292(JCH)
Date:    1/20/2004
Start Time:    9:30 AM
End Time:    2:10 PM
Reporter:    Tina Wiese-Davis
Claim #:
File #:    11338ss

| Description | Quan | Total |
|---|---|---|
| Original and two copies | 210 | $829.50 |
| Attorney General-Appearance | 1 | $75.00 |
| Multipage Condensed | 1 | $30.00 |
| Sub Total | | $934.50 |
| Payments | | $0.00 |
| Balance Due | | $934.50 |

*Please pay but change invoice name Thanks JAJ 3/15/04*

Fed. I.D. # 06-1448649

**We accept Visa, Mastercard and American Express!**

# Brandon Smith Reporting Service, LLC    Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Wednesday, June 23, 2004 | 11090BL |

Joseph A Jordano
Attorney General
55 Elm Street
1st Floor Conference Room B
Hartford, CT 06106

Phone: (860) 808-5340    Fax:

**Witness:** Assegai, Femi-Bogle
**Case:** Bogle-Assegai vs. Bigelow St of CT
**Venue:**
**Case #:** 3:02CV2292(JCH)
**Date:** 6/7/2004
**Start Time:** 9:45 AM
**End Time:** 3:00 PM
**Reporter:** Sue Terry
**Claim #:**
**File #:**                                                                  15228ss

| Description | Quan | Total |
|---|---|---|
| Attorney General - Appearance | 1 | $75.00 |
| Original and One | 161 | $635.95 |
| Multipage Condensed | 1 | $30.00 |
| Sub Total | | $740.95 |
| Payments | | $0.00 |
| Balance Due | | $740.95 |

*Please pay.* [signature] 6/24/04

Fed. I.D. # 06-1448649
*We accept Visa, Mastercard and American Express!*

# CAMPANO & ASSOCIATES

COURT REPORTING SERVICES
P.O. BOX 370
WILTON, CT 06897-0370
203·846·3402  FAX 203·845·0398



# INVOICE

Joseph Jordano, Esquire
55 Elm Street
P.O.Box 120
Hartford, CT 06141-0120

June 22, 2004
Tax I.D. No. 06-1366246

---

FOR PROFESSIONAL SERVICES RENDERED:

In re:   **Femi Bogle-Assegai vs. State of CT, et al**

| | |
|---|---|
| Copy of Deposition of Leanne Appleton (June 9, 2004)   (55 pages) | $137.50 |
| Subtotal | $137.50 |
| Shipping & Handling | $4.95 |
| 6% Sales Tax | $8.55 |
| **TOTAL DUE** | **$151.00** |

Reporter: L. C.

PLEASE RETURN COPY OF INVOICE WITH PAYMENT. THANK YOU.

**TERMS: NET 30. INTEREST AT 1.5% PER MONTH THEREAFTER.**
*We accept MasterCard & Visa.*

10808%

*[handwritten signature 6/23/04]*




# Denise Mancini, LSR
804 West Wakefield Blvd
Winsted, Connecticut 06098
(860) 379-9825

# Invoice

Number: **1390**

Date: **June 30, 2004**

**Bill To:**
JOSEPH JORDANO, ESQ O, ESQ
OFFICE OF THE ATTORNEY GENERAL
55 ELM STREET
HARTFORD, CT 06141-0120

**Ship To:**
JOSEPH JORDANO, ESQ O, ESQ
OFFICE OF THE ATTORNEY GENERAL
55 ELM STREET
HARTFORD, CT 06141-0120

| Description | Tax 1 | Amount |
|---|---|---|
| IN RE: BOGLE-ASSEGAI VS. WATTS ELDER, ET AL<br>DEPOSITION OF CYNTHIA WATTS ELDER<br>(55 pages) | ✓ | 108.00 |
| | Sub-Total | $108.00 |
| State Tax 6.00% on 108.00 | | 6.48 |
| | Total | $114.48 |

SALES TAX ID 048704024

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $114.48 | $0.00 | $0.00 | $0.00 | $114.48 |

# INVOICE

**FRANCES R. TETI**
**170 SONSTROM ROAD**
**BRISTOL, CT 06010**
**860-584-6571**

CT LIC. 00076 ***************************** SS # 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

TO:  STATE OF CONNECTICUT
     OFFICE OF THE ATTORNEY GENERAL
     55 ELM STREET
     P.O. BOX 120
     HARTFORD, CT 06141-0120
     (ATTORNEY JOSEPH A. JORDANO)

INVOICE DATE: 07/05/04

RE:  06/28/04 DEPOSITION OF DONALD NEWTON (149 PGS)
     FEMI BOGLE-ASSEGAI VS. CCHRO, ET AL. (3:02CV2292 JCH)

| | |
|---|---|
| TRANSCRIPT (COPY) | $ 335.25 |
| EXHIBIT COPYING | $ 5.00 |
| SUBTOTAL | $ 340.25 |
| SALES TAX | $ EXEMPT |
| HANDLING | $ 5.00 |
| **TOTAL** | **$ 345.25** |

**TOTAL DUE AND PAYABLE UPON RECEIPT**
**THANK YOU**

*Please tear off stub and return with payment*

DEPOSITION OF:    DONALD NEWTON
TAKEN ON:         06/28/04
CASE:             FEMI BOGLE-ASSEGAI VS. CCHRO, ET AL.
AMOUNT PAID:

MAIL PAYMENT TO: FRANCES TETI, 170 SONSTROM ROAD, BRISTOL, CT 06010

# INVOICE

**FRANCES R. TETI**
**170 SONSTROM ROAD**
**BRISTOL, CT 06010**
**860-584-6571**

CT LIC. 00076 ***************************SS # 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

TO: STATE OF CONNECTICUT
OFFICE OF THE ATTORNEY GENERAL
55 ELM STREET
P.O. BOX 120
HARTFORD, CT 06141-0120
(ATTORNEY JOSEPH A. JORDANO)

INVOICE DATE: 06/15/04

RE: 06/11/04 DEPOSITION OF AMALIA VAZQUEZ BZDYRA (34 PGS)
FEMI BOGLE-ASSEGAI VS. STATE OF CONN, ET AL (3:02CV2292 JCH)

****************************************************************************************

| | |
|---|---|
| TRANSCRIPT COPY | $ 76.50 |
| APPEARANCE | $   .00 |
| SUBTOTAL | $ 76.50 |
| SALES TAX | $ EXEMPT |
| HANDLING | $  5.00 |
| TOTAL | $ 81.50 |

**TOTAL DUE AND PAYABLE UPON RECEIPT**
**THANK YOU**

*Please tear off stub and return with payment.*

DEPOSITION OF: AMALIA VAZQUEZ BZDYRA
TAKEN ON: 06/11/04
CASE: FEMI BOGLE-ASSEGAI VS. STATE OF CONN. ET AL.
AMOUNT PAID:

*MAIL PAYMENT TO: FRANCES TETI, 170 SONSTROM ROAD, BRISTOL, CT 06010*

# Brandon Smith Reporting Service, LLC

## Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Wednesday, August 18, 2004 | 12177BL |

Joseph A Jordano
Attorney General
55 Elm Street
Hartford, CT 06106

**Phone:** (860) 808-5340    **Fax:**

**Witness:** Assegai, Femi-Bogle
**Case:** Bogle-Assegal vs. Bigelow St of CT
**Venue:**
**Case #:** 3:02CV2292(JCH)
**Date:** 8/5/2004
**Start Time:** 10:35 AM
**End Time:** 3:00 PM
**Reporter:** Sarah Najemy
**Claim #:**
**File #:** 16504ss

| Description | Quan | Total |
|---|---|---|
| Attorney General - Appearance | 1 | $75.00 |
| Original and One | 139 | $549.05 |
| Multipage Condensed | 1 | $30.00 |
| **Sub Total** | | **$654.05** |
| **Payments** | | **$0.00** |
| **Balance Due** | | **$654.05** |

*Please pay.* [signature] 8/19/04

Fed. I.D. # 06-1448649

*We accept Visa, Mastercard and American Express!*