## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FEMI BOGLE-ASSEGAI | : | CIVIL NO. |
| *Plaintiff,* | : | 3:02CV2292(HBF) |
| | : | |
| VS. | : | Magistrate Judge Holly B. Fitzsimmons |
| | : | |
| STATE OF CONNECTICUT, | : | Notice of Manual Filing |
| COMMISSION ON HUMAN RIGHTS | : | |
| & OPPORTUNITIES, ET AL. | : | |
| *Defendants* | : | May 31, 2005 |

      Please take notice that the Defendants have manually filed the following document or thing

      Invoices attached to Defendants' Motion for Costs

These exhibits have not been filed electronically because

[ ]    the document or thing cannot be converted to an electronic format
[x]    the electronic file size of the document exceeds 1.5 megabytes
[ ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                                                                                                Respectfully submitted,

                                                                                                                /s/ David M. Teed_____
                                                                                                                David M. Teed
                                                                                                                Assistant Attorney General
                                                                                                                55 Elm Street, P.O. Box 120
                                                                                                                Hartford, CT  06141-0120
                                                                                                                Phone: (860) 808-5210
                                                                                                                Fax: (860) 808-5385
                                                                                                                E-mail: David.Teed@po.state.ct.us
                                                                                                                Federal Bar # ct09102

## **CERTIFICATION**

The undersigned does hereby certify that on the 31st day of May, 2005, a true and accurate copy of the forgoing was sent by First Class United States mail, first class postage prepaid, to the following:

    Cynthia Jennings, Esq.
    The Barrister Law Group
    211 State Street, 2nd Fl.
    Bridgeport, CT 06604
    Tel.: 203-334-4800

and hand delivered to:

    Joseph A. Jordano, AAG
    Employment Rights Department
    Attorney General's Office
    55 Elm Street, 4th Floor
    Hartford, CT 06141-0120

                                                                                                                          _____
                                                                                                                          David M. Teed
                                                                                                                           Assistant Attorney General