UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| FEMI BOGLE-ASSEGAI | : |
| v. | : CIV. NO. 3:02CV2292 (HBF) |
| STATE OF CONNECTICUT, COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES; CYNTHIA WATTS-ELDER; LEANNE APPLETON; and DONALD NEWTON | : |

**RULING ON DEFENDANT'S MOTION FOR COSTS**

Defendants' motion for summary judgment was granted on March 10, 2005, [Doc. #60], and judgment entered on March 21, 2005. [Doc. #61]. Plaintiff filed a timely appeal in the Court of Appeals for the Second Circuit on April 14, 2005. [Doc. #62]. This appeal was dismissed and a mandate issued by the Second Circuit on May 17, 2005. [Doc. #63]. The dismissal of the appeal made the judgment of the District Court final.

On June 1, 2005, Defendants filed a motion for costs, which included a bill of costs with exhibits and a request for forfeiture of Plaintiff's security bond. [Doc. #64]. Plaintiff did not file a timely objection. For the reasons stated below, Defendant's bill of costs **[Doc #64]** and request for forfeiture is **GRANTED**.

1

Deposition Transcripts

Defendant submits the following claims for cost of deposition transcripts:

```
Deposition of Femi Bogle-Assegai (Plaintiff) ....... $892.50
    Vol. I, Dated January 20, 2004

Deposition of Femi Bogle-Assegai (Plaintiff) ....... $708.75
    Vol. II, Dated June 7, 2004

Deposition of Leanne Appleton (Defendant) .......... $137.50
    Dated June 9, 2004

Deposition of Cynthia Watts Elder (Defendant) ...... $108.00
    Dated June 9, 2004

Deposition of Donald Newton (Defendant) ............ $335.25
    Dated June 28, 2004

Deposition of Amalia Vazquez Bzdyra ................ $ 76.50
    Dated June 11, 2004

Deposition of Femi Bogle-Assegai (Plaintiff) ....... $892.50
    Vol. III, Dated August 5, 2004

        TOTAL                                      $2,884.75
```

The costs of an original and one copy of deposition transcripts are recoverable if used in support of a successful motion for summary judgment. D. Conn. L. Civ. R. 54(c)(2)(ii). Court reporter fees are taxed at the prevailing page rate pursuant to D. Conn. L. Civ. R. 80. Maximum transcript rates for an original and one copy are $3.75 per page.

Because the deposition transcripts were used in support of a successful motion for summary judgment, the Court must allow the above costs. Defendant has already reduced the actual amount paid for the transcripts of the three depositions of Plaintiff to

reflect the maximum allowable transcript rate of $3.75 per page. [Doc. #64 at 2]. Defendant seeks less than the maximum allowable transcript rate for the depositions of Appleton, Watts Elder, Newton, and Vazquez Bzdyra. Therefore, costs are granted in the amount of $2,884.75.

<u>Surety Bond</u>

Plaintiff posted a $500.00 bond as security for costs on September 10, 2003, pursuant to D. Conn. L. Civ. R. 83.3. [Doc. #19]. Because the court has granted Defendant's bill of costs, the surety bond [Doc. #19] is ordered forfeited and the proceeds will be paid to the State of Connecticut, Attorney General's Office, as partial satisfaction of the costs awarded. Accordingly, the costs to be paid by plaintiff are reduced by the sum of $500.00.

Plaintiff will pay the defendants additional costs in the amount of **$2,384.75.**

Summary

For the reasons previously stated, the surety bond posted by Plaintiff in the amount of $500.00 as security for costs pursuant to D. Conn. L. Civ. R. 83.3 is ordered forfeited and proceeds paid to the State of Connecticut, Attorney General's Office. Hence, Additional Costs are awarded as follows:

| | |
|---|---|
| Fees of the Court Reporter | **$2,384.75** |

SO ORDERED at Bridgeport this 17th day of August 2005.

\_\_\_/s/_____
**HOLLY B. FITZSIMMONS**
**UNITED STATES MAGISTRATE JUDGE**