# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **FEMI BOGLE-ASSEGAI** | : | **CIVIL NO. 3:02CV2292(JCH)** |
| **Plaintiff** | : | |
| | : | |
| **V.** | : | |
| | : | |
| **STATE OF CONNECTICUT,** | : | |
| **COMMISSIOIN ON HUMAN RIGHTS** | : | |
| **AND OPPORTUNTITIES, ET AL.,** | : | |
| **Defendant** | : | **September 26, 2005** |
| | : | |

### PLAINTIFF'S MOTION TO VACATE ORDER FOR COSTS

Defendant's Motion for Cost in this matter was filed on June 1, 2005, (Dkt., 64).

Defendant's Motion for Summary Judgment was filed on  September 17, 2004,

(Dkt., 45), and judgment entered for all defendants on all five counts on  March 22, 2005,

(Dkt., 61). Plaintiff filed a timely Appeal on April 13, 2005, (Dkt.,62).

This court granted defendant's Order for Costs on August 19, 2005, (Dkt., 67),

and predicated its Order on  the belief that plaintiff's Appeal had been dismissed by the

Court of Appeal on May 24, 2005, (Dkt., 63).  Plaintiff's appeal is still pending at the

Appellate court (Dkt.,  66).

For the reasons stated above plaintiff begs this Court to vacate its Order for Costs

without prejudice to renewal, until such time as the Appellate Court's decision on

plaintiff's appeal is returned.

THE PLAINTIFF


BY:_____/S/_____
Cynthia R. Jennings, Esq., (Fed. Bar No. CT21797)
THE BARRISTER LAW GROUP, LLC
211 State Street, 2nd Floor
Bridgeport, CT 06604
Tel: 203-334-4800
Fax: 203-333-7178
e-mail: cynthia_Jennings_law@yahoo.com
HER ATTORNEY

# CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| **FEMI BOGLE-ASSEGAI** | : | **CIVIL NO. 3:02CV2292(JCH)** |
| **Plaintiff** | : | |
| | : | |
| **V.** | : | |
| | : | |
| **STATE OF CONNECTICUT,** | : | |
| **COMMISSIOIN ON HUMAN RIGHTS** | : | |
| **AND OPPORTUNTITIES, ET AL.,** | : | |
| **Defendant** | : | **September 26, 2005** |

I hereby certify that on September 26, 2005, a copy of foregoing Motion to Vacate Order for Costs, was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

**/S/ [Cynthia R. Jennings]**
Cynthia R. Jennings, Esq.,  (ct21797)
THE Barrister Law Group, LLC
211 State Street
Bridgeport, CT 06604
Phone: (203) 334-4800
Fax: (203) 333-7178
E-mail: cynthia_jennings_law@yahoo.com