UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **FEMI BOGLE-ASSEGAI** | : CIVIL NO. 3:02CV2292(HBF) |
| **Plaintiff** | : |
| | : |
| **V.** | : |
| | : |
| **STATE OF CONNECTICUT,** | : |
| **COMMISSION ON HUMAN RIGHTS** | : |
| **AND OPPORTUNITIES, ET AL.,** | : |
| **Defendant** | : November 8, 2005 |
| | : |

## PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD ON APPEAL, PURSUANT TO RULE 60

Plaintiff brought a five count complaint for unlawful termination of her employment under 42 U.S.C. 2000e et seq. (Title VII), 42 U.S.C Section 198, 1983 (Civil Rights) and sections 46a-60(a)(1) (4) (5), 46a-70 and 46071 of the Connecticut Fair Employment Practices Act ("CFEPA").[1]

Despite Plaintiff's argument of "continuing violation", defendants' Motion for Summary Judgment was granted on March 10, 2005 for the expressed reason that Plaintiff failed to attach

---

[1] Defendants are the State of Connecticut Commission on Human Rights and Opportunities ("CHRO"); Cynthia Watts-Elder, the former CHRO Executive Director, sued in her official capacity; Leanne Appleton, CHOR Director of Finance, sued in her individual and official capacities; and Donald Newton, CHRO Chief of Field Operations, sued in his individual and official capacities.

any exhibits that would provide the evidentiary support for her "continuing violation" argument. The court in its ruling on defendant's ruling for Motion for Summary Judgment, stated in part, "plaintiff fails to identify any evidence in the record to support her claim of a "continuing violation" after March 29, 2001, the date she received formal notice of termination".

Plaintiff moves now, to supplement the record, currently on appeal, to provide the evidence that would show the totality of the circumstances surrounding plaintiff's termination and avert what would otherwise be a gross case of manifest injustice.

Specifically, Plaintiff moves to supplement the record to include, inter alia, the State Superior Court action filed on March 9, 2001, Plaintiff's federal District Court action filed April 6, 2001, to include all of the exhibits attached to these filings, Plaintiff's EEOC action filed on September 24, 2001, and Plaintiff's Right to Sue letter dated September 24, 2001.

THE PLAINTIFF

BY:_____/S/_____
Cynthia R. Jennings, Esq., (Fed. Bar No. CT21797)
THE BARRISTER LAW GROUP, LLC
211 State Street, 2nd Floor
Bridgeport, CT 06604
Tel: 203-334-4800

# CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| **FEMI BOGLE-ASSEGAI** | : | **CIVIL NO. :02CV2292(HBF)** |
| **Plaintiff** | : | |
| | : | |
| **V.** | : | |
| | : | |
| **STATE OF CONNECTICUT,** | : | |
| **COMMISSION ON HUMAN RIGHTS** | : | |
| **AND OPPORTUNITIES, ET AL.,** | : | |
| **Defendant** | : | **November 8, 2005** |

    I hereby certify that on November 8, 2005, a copy of foregoing Motion to Supplement the Record, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                  **/S/ [Cynthia R. Jennings]**
                  Cynthia R. Jennings, Esq., (ct21797)
                  THE Barrister Law Group, LLC
                  211 State Street
                  Bridgeport, CT 06604
                  Phone: (203) 334-4800
                  Fax: (203) 333-7178
                  E-mail: cynthia_jennings_law@yahoo.com