UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 APR 28  P 12: 55

| | |
|---|---|
| FEMI BOGLE-ASSEGAI | CASE NO. |
| **Plaintiff** | 3:02-cv-02292-HBF |
| V. | |
| STATE OF CONNECTICUT COMISSION ON HUMAN RIGHTS & OPPORTUNITIES; CYNTHIA WATTS ELDER; LEANNE APPLETON AND DONALD NEWTON | |
| **Defendants** | |

## MOTION FOR PERMISSION TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF

Pursuant to Local Rule 15, the undersigned attorney, Cynthia R. Jennings hereby moves for permission to withdraw from the instant matter as counsel for Plaintiff. WHEREFORE, it is respectfully submitted that this motion for permission to withdraw as Plaintiff's counsel be granted.

**ORAL ARGUMENT IS NOT REQUESTED**

PLAINTIFF

By: _____
CYNTHIA R. JENNINGS, ESQ.,
THE BARRISTER LAW GROUP, LLC
211 State Street
Bridgeport, CT 06604
Tel: 203-334-4800
Fax: 203-368-6985
Email: Cynthia_jennings_law@yahoo.com
Federal Bar. No. ct21797

1
Cynthia R. Jennings, Esq.
THE BARRISTER LAW GROUP, LLC
211 State Street~Bridgeport, CT 06604
(203) 334-4800 (O)   (203) 368-6985 (Fax)
Federal Bar No. ct21797

## CERTIFICATE OF SERVICE
Rev. 12/1/04

I hereby certify that on April 26, 2006, a copy of foregoing MOTION FOR PERMISSION TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF was sent by U.S. mail to the following counsel of record:

Eroll V. Skyers
The Barrister Law Group, LLC
211 State Street
Bridgeport, CT 06604

David Michael Teed
Joseph A. Jordano
Office of the Attorney General
55 Elm St., P. O. Box 120
Hartford, CT 06141-0120

By: /s/ Cynthia R. Jennings