UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

FILED
2006 JUN -1 P 1: 15
U.S. DISTRICT COURT
BRIDGEPORT CONN

VICTORIA C. MINOR
CHIEF DEPUTY CLERK
CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

May 18, 2006

Roseann B. MacKechnie, Clerk
U.S. Court of Appeals
U.S. Courthouse
Foley Square
New York, NY 10007

Case No:   3:02cv2292(HBF)
Case Name: Femi Bogle-Assegai v. State of CT, et al
USCA:      05-1858

Dear Ms. MacKechnie:

Forwarded herewith is the Record on Appeal in the above-entitled case, together with a copy of the Notice of Electronic Filing indicating the documents that are enclosed.

Respectfully,

Kevin F. Rowe, Clerk

By: _____
    Tiffany R. Beverley
    Deputy Clerk

Encl.

Please acknowledge receipt on the copy of this letter and return it to the Clerk's Office in the envelope provided.

ACKNOWLEDGMENT: _____   DATE: __5/19__

2006 MAY 23 AM 11:19
U.S. COURT OF APPEALS
CLERK'S OFFICE
RECEIVED