UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FEMI BOGLE-ASSEGAI | : | CIVIL ACTION NO. |
| | | 3:02CV2292(HBF) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| COMMISSION ON HUMAN RIGHTS | : | |
| AND OPPORTUNITIES; CYNTHIA | : | |
| WATTS-ELDER; LEANNE APPLETON; | : | |
| and DONALD NEWTON | : | |
| *Defendants* | : | December 6, 2006 |

## MOTION TO REINSTATE RULING ON DEFENDANTS' MOTION FOR COSTS

COMES NOW the defendants and moves for an order reinstating the Court's ruling on defendants' motion for costs dated August 19, 2005 (Doc. # 67). In support of their motion, the defendants, through counsel, represents as follows:

1. Defendants' motion for summary judgment was granted on March 10, 2005 (Doc. # 60) and Judgment in this matter was entered on March 21, 2005. (Doc. # 61).

2. The plaintiff filed a timely appeal to the Second Circuit Court of Appeals on or about April 13, 2005 (Doc. # 62). The appeal was dismissed and a mandate issued by the Second Circuit on May 17, 2005 (Doc. # 63). Consequently, the defendants filed their motion for costs on June 1, 2005 (Doc. # 64). The Court on August 19, 2005 (Doc. # 67) issued its ruling on defendants' motion for costs, granting costs in the amount of $2,884.75 and concurrently issued an order forfeiting the surety bond (Doc. # 19) posted by the plaintiff as partial satisfaction of the costs awarded.

3. The plaintiff's appeal to the Second Circuit Court of Appeals was reinstated and plaintiff through counsel filed a motion to vacate (Doc. # 68) the Court's ruling on the motion for costs on or about September 26, 2005.

4.     On October 20, 2005 (Doc. # 69), the Court issued an Order granting the Motion to Vacate. The Court's ruling said, "The Court's ruling granting defendants' motion for costs [doc # 67] is vacated without prejudice until such time as the Appellate Court's decision on plaintiff's appeal is issued. Signed by Judge Holly B. Fitzsimmons on 10/20/05."

5.     The Second Circuit Court of Appeals issued its ruling regarding plaintiff's appeal, Docket No. 05-1858-cv, on November 29, 2006 (copy attached for the Court's convenience), affirming the District Court's ruling on summary judgment.

6.     The affirming of the District Court's ruling makes the decision of the District Court a final judgment.

7.     Pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure and Rule 54(a) of the Local Rules of Civil Procedure, the defendants, as prevailing party, can seek costs.

WHEREFORE, the defendants, as prevailing party, hereby incorporate their previously filed motion for costs (Doc. # 64) in the instant action and moves for an Order from the Court reinstating its ruling of August 19, 2005, awarding costs in the amount of $2,884.75 to the defendants and issuing an order forfeiting the surety bond posted by the plaintiff as partial satisfaction of the costs awarded.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:     _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us

# CERTIFICATION

I hereby certify that a copy of the foregoing **Motion to Reinstate Ruling on Defendants' Motion for Costs** was mailed, U.S. mail first class postage prepaid, this       day of December, 2006 to all counsel of record.

    Eroll V. Skyers, Esq.
    The Barrister Law Group
    211 State Street, 2nd Fl.
    Bridgeport, CT 06604
    Tel.: 203-334-4800

and hand delivered to:

    David M. Teed, AAG
    Health & Education Department
    Attorney General's Office
    55 Elm Street, 5th Floor
    Hartford, CT 06141-0120

_____
Joseph A. Jordano
Assistant Attorney General