

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

nhct
02-cv-2292
Fitzsimmons

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 29th day of November, two thousand and six.

Before:   Hon. Amalya L. Kearse,
          Hon. Joseph M. McLaughlin,
          Hon. Robert D. Sack,
                    *Circuit Judges.*

Docket No. 05-1858-cv

---

FEMI BOGLE-ASSEGAI,

        *Plaintiff-Appellant,*

    v.

STATE OF CONNECTICUT, CONNECTICUT COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES; and CYNTHIA WATTS-ELDER, in her official capacity as Executive Director, Connecticut Commission on Human Rights and Opportunities, ("CHRO") and LEANNE APPLETON, in her individual and official capacity as Director of Finance of CHRO; and DONALD NEWTON, in his individual and official capacity as CHRO Chief of Field Operations,

        *Defendants-Appellees.*

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said District Court be and it hereby is AFFIRMED in accordance with the opinion of this Court.

            FOR THE COURT:
            THOMAS W. ASREEN, Acting Clerk
            by

            Tracy W. Young
            Motions Staff Attorney

Issued as Mandate: 2/13/07

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Thomas Asreen
ACTING CLERK

Date: 11/29/06
Docket Number: 05-1858-cv
Short Title: Bogle-Assegai v. Connecticut
DC Docket Number: 02-cv-2292
DC: CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Holly Fitzsimmo


FILED DEC 28 2006
Thomas Asreen, Acting Clerk
UNITED STATES COURT OF APPEALS SECOND CIRCUIT

STATEMENT OF COSTS
Taxed in the amount of $ 2334.00 in favor of Appellee, State of Connecticut
FOR THE COURT:
ROSEANN B. MacKECHNIE, Clerk
Arthur M. Heller, Motions Staff Attorney
Date 12/28/06

## ITEMIZED AND VERIFIED BILL OF COSTS

Counsel for __Defendants-Appellees__ respectfully submits, pursuant to Rule 39 (c) of the Federal Rules of Appellate Procedure the within bill of costs and requests the Clerk to prepare and itemized statement of costs taxed against the __Plaintiff-Appellant__ and in favor of __Defendants-Appellees__ for insertion in the mandate.

Docketing Action

Costs of printing appendix (necessary copies __20__)    $2,198.00*

Costs of printing brief (necessary copies __15__)    ~~230.35~~ 136.00

Costs of printing reply brief (necessary copies ____)    _____

Total:    ~~$2,428.35~~ 2334.00

**(VERIFICATION HERE)**
I, Joseph A. Jordano, am the Assistant Attorney General, who wrote the Appellees' brief in this case. Signature
I have personal knowledge that Brescia's Printing Services, Indc, did do the work of pring this brief and supplemental appendix and legitimately charged a total of $2,428.35 to the State of Connecticut for these services.

Subscribed and sworn to before me on this 4th day of December, 2006.

Leonard Auster
Notary Public

LEONARD AUSTER
NOTARY PUBLIC
MY COMMISSION EXPIRES JAN. 31, 2009

* Plaintiff-Appellant never filed a Joint Appendix pursuant to FRAP 30(a), forcing the defendant-appellee to incur the charges.



**Brescia's Printing Services, Inc.**
66 Conn Blvd.
E. Hartford, CT 06108
Phone: 860-528-4254
Toll Free: 800-842-0008
Fax: 860-289-7130
www.brescias.com

# Invoice

JAJ

No. **8898**

06-1188287   Brescia's Tax ID#

Joseph A. Jordano - Asst.Atty. General
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT   06141-0120

Date 3/1/06

Customer P.O. No.

| | | |
|---|---|---|
| 15 | NY 2nd 05-1858-cv  Bogle-Assegai v. CT/CHRO  Supplemental APPENDIX FILED 2.27.06   complete service copy/bind/file/mailed with brief   (628 pages @ $3.50) | 2,198.00 |

Taken by: Matt
Account Type: Charge

Please call us if you have any questions.

Thank you!

Wanted: Mon 2/27
NY 2nd 05-1858-cv  Bogle-
Assegai v. CT/CHRO  BRIEF
FILED 2.27.06  co

| | |
|---|---|
| SUBTOTAL | 2,198.00 |
| TAX | |
| SHIPPING | |
| TOTAL | 2,198.00 |
| AMOUNT DUE | 2,198.00 |



**Brescia's Printing Services, Inc.**
66 Conn Blvd.
E. Hartford, CT 06108
Phone: 860-528-4254
Toll Free: 800-842-0008
Fax: 860-289-7130
www.brescias.com

# Invoice    JAJ

No. **8897**

06-1188287   Brescia's Tax ID#

Joseph A. Jordano - Asst.Atty. General
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT   06141-0120

Date 3/1/06

Customer P.O. No.

| Qty | Description | Amount |
|---|---|---|
| 20 | NY 2nd 05-1858-cv Bogle-Assegai v. CT/CHRO BRIEF FILED 2.27.06 complete service copy/bind/file/mail (34 pages @ $4.00) | 136.00 |
| 1 | Express Mail to NY 2nd | 88.20 |
| 1 | First Class Postage Opp. Cnsl. | 6.15 |

Taken by: Matt
Account Type: Charge

Please call us if you have any questions.

Thank you!

Wanted: Mon 2/27
NY 2nd 05-1858-cv Bogle-Assegai v. CT/CHRO BRIEF FILED 2.27.06 co

| | |
|---|---|
| SUBTOTAL | 230.35 |
| TAX | |
| SHIPPING | |
| TOTAL | 230.35 |
| AMOUNT DUE | 230.35 |

## CERTIFICATION

I hereby certify that pursuant to § 5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Itemized and Verified Bill of Costs in Docket No. 05-1858-cv in the United States Court of Appeals for the Second Circuit was mailed this 4th day of December, 2006, first class mail postage prepaid, to all counsel and/or pro se parties.

Josephine S. Miller, Esq.
130 Deer Hill Avenue, Suite 13
Danbury, CT 06810
Tel: (203) 730-9184

_____
Joseph A. Jordano
Assistant Attorney General

1